PARKS, CHESIN & WALBERT, P.C.
26th Floor, 75 Fourteenth Street
Atlanta, Georgia 30309
404/873-8000
Federal I.D. #58-1180767

Terrie and Gerald M. Buckner
655 Singley Drive
Lawrenceville GA 30044
USA

Page: 1
October 28, 2008
Client No. 3675-063675H
Statement No. 157002

Terrie Buckner v. UGA Board of Regents, et al.

Draft Statement

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 02/15/06 | WJA | Meeting with Terrie and Jerry Buckner regarding false arrest and MP case against UGA, et al; Telephone conference with Steve Lanier regarding case. | 290.00 | 1.00 | 290.00 |
| 04/13/06 | WJA | Review e-mails from Jerry Buckner; Respond to same; telephone conference with Jerry Buckner regarding status and follow-up | 290.00 | 0.20 | 58.00 |
| 04/18/06 | WJA | Review e-mail from Jerry Buckner re: potential witnesses and chronology of events. | 290.00 | 0.20 | 58.00 |
| 04/28/06 | EMA | Attorney conference with WJA regarding facts of case; review file. | 245.00 | 0.80 | 196.00 |
|  | WJA | Review and respond to e-mail from Jerry Buckner regarding status of case | 290.00 | 0.20 | 58.00 |
| 05/03/06 | EMA | Attorney conference with WJA regarding case status; telephone conference with client. | 245.00 | 0.50 | 122.50 |
|  | WJA | Meet with EMA regarding case strategy and potential defendants; Telephone conference with clients regarding set up conference call | 290.00 | 0.50 | 145.00 |
|  | WJA | Review and respond to e-mail regarding status from Jerry Buckner | 290.00 | 0.10 | 29.00 |
| 05/04/06 | EMA | Attorney conference with WJA regarding case; telephone conference with client regarding same. | 245.00 | 0.80 | 196.00 |
|  | WJA | Telephone conference with Jerry and Terrie Buckner regarding strategy; Meet with EMA regarding strategy | 290.00 | 0.80 | 232.00 |
| 05/10/06 | EMA | Draft complaint. | 245.00 | 4.40 | 1,078.00 |
|  | WJA | Meet with EMA regarding legal issues in Complaint | 290.00 | 0.50 | 145.00 |
| 05/23/06 | EMA | Send facts section of brief to client for review; attorney conference with WJA regarding same. | 245.00 | 0.30 | 73.50 |
|  | WJA | Meet with EMA regarding Complaint | 290.00 | 0.20 | 58.00 |

Terrie and Gerald M. Buckner

Page: 2
October 28, 2008
Client No. 3675-063675H
Statement No. 157002

Terrie Buckner v. UGA Board of Regents, et al.

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/25/06 | EMA | Review and revise complaint; legal research regarding malicious prosecution claim. | 245.00 | 1.30 | 318.50 |
| 05/26/06 | EMA | Legal research regarding false arrest and malicious prosecution claims. | 245.00 | 1.50 | 367.50 |
| 05/30/06 | EMA | E-mail to client regarding malicious prosecution claim. | 245.00 | 0.20 | 49.00 |
| 05/31/06 | EMA | Attorney conference with WJA regarding status of case. | 245.00 | 0.40 | 98.00 |
| 06/05/06 | WJA | Review complaint and discuss same with EMA; Review file materials concerning statements of witnesses during criminal investigation; Telephone conference with Cari Kaplan Johanson, re: district attorneys office investigation. | 290.00 | 0.50 | 145.00 |
| 06/06/06 | WJA | Telephone conference with Steve Lanier, re: case strategy, immunity issues and complaint. | 290.00 | 0.30 | 87.00 |
| 06/09/06 | EMA | Receipt and review of file. | 245.00 | 0.90 | 220.50 |
| 06/13/06 | WJA | Review Complaint and Lanier transcripts of investigative interviews; Meet with EMA regarding fact issues and applicability to law | 290.00 | 0.80 | 232.00 |
| | EMA | Review transcripts; attorney conference with WJA regarding same. | 245.00 | 1.00 | 245.00 |
| 06/14/06 | WJA | Telephone conference with Steve Lanier regarding issues with filing Complaint | 290.00 | 0.60 | 174.00 |
| | EMA | Telephone conference with Steve Lanier regarding facts of case and claims; attorney conference with WJA regarding same. | 245.00 | 0.60 | 147.00 |
| 06/16/06 | EMA | Review and revise claims in complaint. | 245.00 | 1.20 | 294.00 |
| 06/19/06 | WJA | Review and reply to e-mail from Jerry Buckner, re: Complaint. | 290.00 | 0.20 | 58.00 |
| 07/20/06 | EMA | Telephone conference with co-counsel to discuss meeting. | 245.00 | 0.30 | 73.50 |
| 07/24/06 | EMA | Set up meeting with co-counsel. | 245.00 | 0.30 | 73.50 |
| 07/25/06 | WJA | Telephone conference with Terrie Buckner regarding complaint, etc. | 290.00 | 0.50 | 145.00 |
| 08/01/06 | WJA | Telephone conference with Mike Opry regarding meeting; Telephone conference with Jerry Buckner regarding meeting; Telephone conference to Steve Lanier regarding meeting; E-mail to EMA regarding meeting | 290.00 | 0.30 | 87.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

Page: 3
October 28, 2008
Client No. 3675-063675H
Statement No. 157002

| Date | | Description | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 08/02/06 | WJA | Meet with Steve Lanier and EMA regarding strategy and Complaint | 290.00 | 1.20 | 348.00 |
| | EMA | Attend meeting with co-counsel and WJA to discuss complaint. | 245.00 | 1.20 | 294.00 |
| 08/04/06 | WJA | Prepare for and conduct meeting with Buckners regarding interview with investigators | 290.00 | 1.00 | 290.00 |
| | WJA | Conduct meeting with investigator | 290.00 | 1.00 | 290.00 |
| 08/07/06 | WJA | Telephone conference with Steve Lanier regarding meeting with insurance investigator | 290.00 | 0.20 | 58.00 |
| 08/11/06 | WJA | Telephone conference with Jerry Buckner regarding meeting; telephone conference with Steve Lanier. | 290.00 | 0.20 | 58.00 |
| 08/29/06 | WJA | Review and revise Complaint. | 290.00 | 1.00 | 290.00 |
| 08/30/06 | WJA | Continue review and revising Complaint | 290.00 | 2.50 | 725.00 |
| 09/06/06 | WJA | Review and make further revisions to Complaint after client interview; telephone conference with client regarding issues in Complaint | 290.00 | 2.50 | 725.00 |
| 09/08/06 | WJA | Final edits to Complaint | 290.00 | 1.50 | 435.00 |
| 09/11/06 | WJA | Telephone conference with clients re: filing of complaint. | 290.00 | 0.50 | 145.00 |
| 10/10/06 | WJA | Review and respond to e-mail from client regarding Answer to Complaint, etc. | 290.00 | 0.10 | 29.00 |
| 10/11/06 | WJA | Review and respond to Jerry Buckner's e-mail regarding statute of limitations | 290.00 | 0.20 | 58.00 |
| 10/20/06 | JJD | Review memo regarding discovery matters. | 100.00 | 0.10 | 10.00 |
| | WJA | E-mail to JJD and EMA regarding discovery plan. | 290.00 | 0.50 | 145.00 |
| 11/08/06 | WJA | Review and respond to e-mail from Jerry Buckner regarding media involvement | 290.00 | 0.30 | 87.00 |
| | WJA | Telephone conference with opposing counsel regarding setting up Rule 26(f) Conference | 290.00 | 0.20 | 58.00 |
| 11/13/06 | WJA | Rule 26(f) Conference with opposing counsel and EMA | 290.00 | 0.70 | 203.00 |
| | EMA | Drafted Initial Disclosures and CIP | 245.00 | 1.50 | 367.50 |
| | EMA | 26(f) Conference with opposing counsel. | 245.00 | 0.70 | 171.50 |
| 11/15/06 | WJA | Review and reply to e-mail from Jerry Buckner regarding media angle | 290.00 | 0.20 | 58.00 |
| 11/16/06 | WJA | Review Order on Rule 26 Conference; E-mail to AGH, EMA, etc. regarding same | 290.00 | 0.50 | 145.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

Page: 4
October 28, 2008
Client No. 3675-063675H
Statement No. 157002

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 12/01/06 | WJA | Exchange e-mails on Scheduling Order with Eddie Snelling | 290.00 | 0.20 | 58.00 |
| 12/07/06 | EMA | Draft Joint Preliminary Report, Initial Disclosures and written discovery. | 245.00 | 2.50 | 612.50 |
| 12/27/06 | EMA | Review Joint Preliminary Report and discussed with opposing counsel. | 245.00 | 0.40 | 98.00 |
| 12/28/06 | WJA | Review and revise Scheduling Order; Telephone conference with opposing counsel regarding same; Assist AGH in filing Scheduling Order | 290.00 | 1.00 | 290.00 |
| 01/12/07 | WJA | Review discovery requests and exchange e-mails with opposing counsel regarding same | 290.00 | 0.50 | 145.00 |
| 01/22/07 | JJD | Review file in preparation of organizing documents; begin to organize and label documents received from Lanier; identify privileged documents; conference with WJA regarding same. | 100.00 | 3.00 | 300.00 |
| 02/13/07 | WJA | Review and respond to e-mail from Jerry Buckner regarding client's meeting with Karen Shetterley | 290.00 | 0.20 | 58.00 |
| 02/19/07 | WJA | Follow-up on status of discovery responses, etc. | 290.00 | 0.30 | 87.00 |
| 03/09/07 | EMA | Review documents at Attorney General's office. | 245.00 | 2.80 | 686.00 |
| | WJA | Conduct document review at Attorney General's office with EMA. | 290.00 | 2.80 | 812.00 |
| 03/28/07 | WJA | Coordinate scheduling of depositions etc. with AGH | 290.00 | 0.50 | 145.00 |
| 04/03/07 | EMA | Email opposing counsel regarding docs and scheduling depositions. | 245.00 | 0.30 | 73.50 |
| 04/04/07 | EMA | Draft good-faith letter to opposing counsel; Discuss deposition scheduling with WJA and co-counsel. | 245.00 | 0.70 | 171.50 |
| 04/05/07 | JJD | Telephone call with client regarding discovery responses. | 100.00 | 0.40 | 40.00 |
| 04/09/07 | JJD | Conference with WJA regarding information requested by Client. | 100.00 | 0.30 | 30.00 |
| 04/11/07 | WJA | Confirm discovery schedule and review discovery responses | 290.00 | 1.00 | 290.00 |
| 04/16/07 | JJD | Telephone calls with clients regarding discovery responses. | 100.00 | 0.60 | 60.00 |
| | WJA | Coordinate preparing response to discovery with EMA and JD | 290.00 | 0.50 | 145.00 |

Terrie and Gerald M. Buckner  
Terrie Buckner v. UGA Board of Regents, et al.

Page: 5  
October 28, 2008  
Client No. 3675-063675H  
Statement No. 157002

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/17/07 | WJA | Prepare discovery and prepare for deposition | 290.00 | 2.50 | 725.00 |
| 04/18/07 | EMA | Draft discovery responses. | 245.00 | 1.30 | 318.50 |
| 04/19/07 | WJA | Prepare for client's deposition; Meeting with client and her husband regarding same. | 290.00 | 3.00 | 870.00 |
| 04/20/07 | WJA | Telephone conference re: rescheduling client's deposition. | 290.00 | 0.50 | 145.00 |
| 04/23/07 | WJA | Meet with client in preparation for her deposition. | 290.00 | 2.50 | 725.00 |
| 04/24/07 | WJA | Follow up deposition with detailed file review and revisions to discovery | 290.00 | 1.50 | 435.00 |
| 04/25/07 | WJA | Attend to various matters regarding discovery, including revisions to discovery requests, deposition notices, etc. | 290.00 | 2.50 | 725.00 |
| 04/26/07 | WJA | Further revision of discovery responses; Telephone conference with and email exchange with clients regarding same | 290.00 | 2.00 | 580.00 |
| 04/27/07 | WJA | Telephone conference with Dr. Laura Johns regarding case | 290.00 | 1.00 | 290.00 |
| | WJA | Revise discovery responses, etc.; Exchange e-mails with client regarding same | 290.00 | 2.50 | 725.00 |
| 05/01/07 | WJA | Prepare for and defend client's deposition; Meet with client following deposition regarding same. | 290.00 | 6.50 | 1,885.00 |
| 05/02/07 | EMA | Met with clients; research work product issue. | 245.00 | 3.00 | 735.00 |
| | WJA | Review and revise Interrogatory responses | 290.00 | 2.50 | 725.00 |
| | WJA | Telephone conference with Trudy Friar regarding witness testimony; Meeting with Laura Johns Dautch regarding witness testimony | 290.00 | 2.30 | 667.00 |
| 05/03/07 | WJA | Coordinate delivery of discovery documents to Eddie Snelling; Continue work on discovery responses and strategy regarding depositions, etc. | 290.00 | 0.80 | 232.00 |
| | WJA | Exchange e-mails and telephone conference with Bryan Webb, new opposing counsel in case, regarding discovery extension, depositions, etc. | 290.00 | 0.50 | 145.00 |
| 05/07/07 | WJA | Continue work on interrogatory responses; E-mail to AGH and EMA regarding same | 290.00 | 0.50 | 145.00 |
| 05/08/07 | WJA | Continue work on discovery, Interrogatory responses, etc.; Exchange e-mails with Bryan Webb regarding same | 290.00 | 0.70 | 203.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

Page: 6
October 28, 2008
Client No. 3675-063675H
Statement No. 157002

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 05/09/07 | WJA | Review Interrogatory responses | 290.00 | 2.50 | 725.00 |
| 05/14/07 | WJA | Continue work on scheduling depositions; discovery, interrogatory responses, etc. | 290.00 | 1.50 | 435.00 |
| 05/16/07 | WJA | Reschedule depositions with Bryan Webb | 290.00 | 0.50 | 145.00 |
| 05/17/07 | WJA | Finalize interrogatory responses and draft Consent Motion on discovery; Coordinate discovery with Bryan Webb | 290.00 | 1.00 | 290.00 |
| 05/21/07 | EMA | Discuss depos with Bill Atkins; send e-mails to opposing counsel regarding depos. | 245.00 | 0.50 | 122.50 |
|  | WJA | Follow-up with EMA and opposing counsel regarding deposition schedule | 290.00 | 0.50 | 145.00 |
| 05/22/07 | EMA | Respond to Opposing counsel's e-mail regarding depos. | 245.00 | 0.20 | 49.00 |
|  | WJA | Review 30(b)(6) Notice; Discuss same with EMA; Incorporate electronic discovery issues | 290.00 | 0.80 | 232.00 |
| 05/25/07 | EMA | Finish 30(b)(6)6 notice; Finish written subpoena. | 245.00 | 1.00 | 245.00 |
| 05/30/07 | EMA | Preparation for depositions. | 245.00 | 1.50 | 367.50 |
| 06/01/07 | WJA | Confirm deposition schedule and prepare for depositions | 290.00 | 1.00 | 290.00 |
|  | WJA | Prepare for deposition of Chief Williamson, etc. | 290.00 | 1.00 | 290.00 |
| 06/03/07 | WJA | Prepare for deposition of Chief Williamson; Telephone conference with Jerry Buckner regarding same | 290.00 | 3.00 | 870.00 |
| 06/04/07 | WJA | Travel to/from Deposition of Chief Jimmy Williamson. (1/2 Travel Rate). | 145.00 | 3.00 | 435.00 |
|  | WJA | Conduct deposition of Chief Jimmy Williamson | 290.00 | 4.50 | 1,305.00 |
|  | WJA | Extended telephone conference with Steve Lanier regarding deposition of Chief Williamson, etc. | 290.00 | 0.50 | 145.00 |
|  | WJA | Prepare for deposition of Dale Wetzelberger | 290.00 | 2.50 | 725.00 |
| 06/05/07 | WJA | Travel to/from deposition of Dale Wetzelberger (1/2 Travel Rate). | 145.00 | 3.00 | 435.00 |
|  | WJA | Prepare for deposition of Dale Wetzelberger | 290.00 | 1.50 | 435.00 |
|  | WJA | Conduct deposition of Dale Wetzelberger. | 290.00 | 5.00 | 1,450.00 |
|  | WJA | Telephone conference with Cori Johnson regarding Buckner case; Meet with Gwinnett District Attorney's office regarding case; Secure certified copy of Tammy Brookover's plea from clerk's office | 290.00 | 1.00 | 290.00 |
|  | WJA | Telephone conference with Tammy Brookover regarding recollection of events and statement | 290.00 | 0.50 | 145.00 |
|  | EMA | Discuss depositions and subpoena(s) with WJA. | 245.00 | 0.40 | 98.00 |

Page: 7
Terrie and Gerald M. Buckner                              October 28, 2008
                                                  Client No. 3675-063675H
                                                  Statement No.    157002
    Terrie Buckner v. UGA Board of Regents, et al.

|  |  | Rate | Hours |  |
|---|---|---:|---:|---:|
| 06/06/07 | WJA Confirm scheduling for depositions, etc.; Prepare exhibits, etc. for depositions; Discuss same with EMA | 290.00 | 1.50 | 435.00 |
|  | EMA Locating and identifying exhibits for depositions; Discuss depositions with WJA. | 245.00 | 1.10 | 269.50 |
| 06/07/07 | WJA Work with EMA and AGH to prepare for deposition of George Stafford. | 290.00 | 0.50 | 145.00 |
|  | WJA Review transcripts of witness statements | 290.00 | 1.00 | 290.00 |
|  | EMA Conduct Stafford deposition. | 245.00 | 3.30 | 808.50 |
|  | EMA Travel to and from Athens (1/2 Travel Rate). | 122.50 | 3.00 | 367.50 |
| 06/08/07 | WJA Document review, identify exhibits for depositions; Telephone conference with witnesses, etc. | 290.00 | 5.00 | 1,450.00 |
| 06/11/07 | WJA Telephone conference with Steve Lanier regarding depositions; Telephone conference with Bryan Webb regarding depositions; Telephone conference with client regarding depositions; Select additional exhibits for depositions and discuss strategy with EMA | 290.00 | 3.50 | 1,015.00 |
|  | EMA Discuss upcoming depositions with WJA and opposing counsel. | 245.00 | 0.60 | 147.00 |
| 06/12/07 | WJA Travel to Athens, GA for depositions (1/2 Travel Rate). | 145.00 | 1.50 | 217.50 |
|  | WJA Prepare for and conduct 30(b)(6) deposition | 290.00 | 2.50 | 725.00 |
|  | WJA Meet with client and EMA; Detailed review of exhibits and prepare for depositions. | 290.00 | 4.00 | 1,160.00 |
|  | WJA Meet with EMA and prepare for upcoming depositions of Leiter; Hedgelon and Humphries | 290.00 | 1.00 | 290.00 |
|  | EMA File review and research in preparation for Defendants witness depositions; Research failure to investigate defense. | 245.00 | 10.50 | 2,572.50 |
| 06/13/07 | WJA Participate in depositions of Karen Hedgelon and E. Humphries; Review and organize UGA Police Dept file and discuss various matters with opposing counsel | 290.00 | 9.50 | 2,755.00 |
|  | WJA Prepare for deposition of Detective Walls | 290.00 | 2.00 | 580.00 |
|  | EMA Take and attend defendant witness's depositions. | 245.00 | 8.00 | 1,960.00 |
|  | EMA Travel to and from Athens. (1/2 Travel Rate). | 122.50 | 3.00 | 367.50 |
| 06/14/07 | WJA Prepare for and conduct Deposition of Detective Walls | 290.00 | 10.50 | 3,045.00 |
|  | WJA Prepare for deposition of Karen Shetterley | 290.00 | 1.00 | 290.00 |
|  | EMA Telephone conference with various witnesses; Research out of district subpoena preparation; Organize subpoena preparation. | 245.00 | 2.50 | 612.50 |
| 06/15/07 | WJA Prepare for and conduct deposition of Karen Shetterley | 290.00 | 9.50 | 2,755.00 |
|  | WJA Travel back from depositions in Athens, GA (1/2 Travel Rate). | 145.00 | 1.50 | 217.50 |
|  | EMA Travel to and from Athens (1/2 Travel Rate).. | 122.50 | 3.00 | 367.50 |

Page: 8
Terrie and Gerald M. Buckner
October 28, 2008
Client No. 3675-063675H
Statement No. 157002
Terrie Buckner v. UGA Board of Regents, et al.

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | EMA | Attend deposition; telephone conference with clients regarding same. | 245.00 | 6.40 | 1,568.00 |
| 06/17/07 | WJA | Telephone conference with client regarding follow-up on depositions, etc. | 290.00 | 0.10 | 29.00 |
| 06/18/07 | WJA | Telephone conference with Steve Lanier regarding depositions and document review; Telephone conference with Buckners regarding depositions, etc.; Organize exhibits from depositions | 290.00 | 2.00 | 580.00 |
| 06/19/07 | WJA | Meet with EMA regarding course of action on discovery | 290.00 | 0.30 | 87.00 |
|  | EMA | Discuss status and strategy with WJA. | 245.00 | 0.30 | 73.50 |
| 06/22/07 | WJA | Follow up with EMA regarding document review and witness interviews | 290.00 | 0.30 | 87.00 |
| 06/26/07 | WJA | Coordinate scheduling of final deposition, document review, etc/ with Bryan Webb and EMA, etc. | 290.00 | 0.50 | 145.00 |
| 06/27/07 | WJA | Continue work in finalizing discovery; Exchange e-mails with clients, Bryan Webb, etc. | 290.00 | 1.00 | 290.00 |
|  | EMA | Telephone conference with witness; Email opposing counsel regarding document review. | 245.00 | 0.30 | 73.50 |
| 06/28/07 | WJA | Telephone conference with Buckners regarding status of discovery, Summary Judgment, etc.; Telephone conference with EMA regarding scheduling of Dellinger, document review, etc.; Follow up with AGH and EMA regarding scheduling | 290.00 | 0.50 | 145.00 |
|  | EMA | Discuss possible new dates for depositions with opposing counsel and WJA. | 245.00 | 0.50 | 122.50 |
| 06/29/07 | WJA | Confirm status of deposition, etc. | 290.00 | 0.20 | 58.00 |
| 07/02/07 | WJA | Telephone conference with Bryan Webb regarding extending discovery, documents, etc.; Draft discovery motion; Telephone conference with clerk of court regarding extending discovery | 290.00 | 1.00 | 290.00 |
|  | WJA | Follow up with Brown & Gallo regarding status of depositions | 290.00 | 0.20 | 58.00 |
| 07/03/07 | WJA | Assign tasks regarding completing discovery, depositions, etc. to EMA and AGH | 290.00 | 0.50 | 145.00 |
| 07/13/07 | EMA | Travel to and from Athens (1/2 Travel Rate).. | 122.50 | 3.00 | 367.50 |
|  | EMA | Document review; Meeting with opposing counsel. | 245.00 | 6.50 | 1,592.50 |
| 07/24/07 | WJA | Review status of outstanding discovery matters and confirm schedule for last |  |  |  |

Page: 9
October 28, 2008
Client No. 3675-063675H
Statement No. 157002

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | deposition | 290.00 | 1.00 | 290.00 |
| 07/25/07 | WJA | Prepare for deposition of Eric Dellinger | 290.00 | 1.50 | 435.00 |
| 07/26/07 | WJA | Travel to/from deposition of Eric Dellinger in Athens, GA (1/2 Travel Rate). | 145.00 | 3.50 | 507.50 |
| | WJA | Prepare for and conduct deposition of Eric Dellinger | 290.00 | 5.50 | 1,595.00 |
| 07/27/07 | EMA | Discuss deposition schedule and issues with WJA. | 245.00 | 0.50 | 122.50 |
| 07/30/07 | EMA | Conference with WJA regarding "to do" tasks to complete. | 245.00 | 0.50 | 122.50 |
| | WJA | Follow up with remaining discovery matters, witness interview, etc. | 290.00 | 1.50 | 435.00 |
| 07/31/07 | EMA | Contact witnesses and review interview notes. | 245.00 | 1.20 | 294.00 |
| | WJA | Review and respond to Terrie Buckner's e-mail and continue follow up on remaining discovery issues | 290.00 | 0.50 | 145.00 |
| 08/01/07 | EMA | Witness interview. | 245.00 | 1.00 | 245.00 |
| | WJA | Finalize scheduling of witness meeting; Exchange e-mails with EMA regarding same | 290.00 | 0.50 | 145.00 |
| 08/02/07 | EMA | Telephone conference with witness. | 245.00 | 0.70 | 171.50 |
| | WJA | Meet with Trudy Friar regarding testimony at trial | 290.00 | 1.20 | 348.00 |
| | WJA | Exchange e-mails with client EMA regarding witnesses | 290.00 | 0.60 | 174.00 |
| 08/03/07 | EMA | Attend and conduct witness interviews. | 245.00 | 5.00 | 1,225.00 |
| | WJA | Travel to/from Gwinnett Center Technical and Adult Education (1/2 Travel Rate). | 145.00 | 1.50 | 217.50 |
| | WJA | Conduct interviews with Laura Johns, Sharon Hausmann and Pat Minish | 290.00 | 5.00 | 1,450.00 |
| | EMA | Travel to and from Gwinnett. (1/2 Travel Rate). | 122.50 | 1.50 | 183.75 |
| 08/06/07 | EMA | Telephone conference with opposing counsel, discussed witness interviews. | 245.00 | 0.50 | 122.50 |
| | WJA | E-mail to Terrie Buckner regarding interview of witnesses; Telephone conference with Bryan Webb regarding evidence, mediation and summary judgment | 290.00 | 1.00 | 290.00 |
| 08/07/07 | WJA | Follow up on e-mail from Bryan Webb regarding Request to Admit | 290.00 | 0.20 | 58.00 |
| 08/20/07 | EMA | File review; Draft Laura Johns' affidavit. | 245.00 | 4.00 | 980.00 |
| 08/23/07 | EMA | Discuss Laura Johns' affidavit with WJA. | 245.00 | 0.80 | 196.00 |
| 08/27/07 | EMA | Meet with WJA, review and discuss Johns' affidavit; Edit Johns' affidavit; contact Hausmann and Martin regarding affidavit and | | | |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

Page: 10
October 28, 2008
Client No. 3675-063675H
Statement No. 157002

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | | documents. | 245.00 | 2.50 | 612.50 |
| 08/28/07 | WJA | Review and discuss Laura Johns' affidavit with EMA | 290.00 | 0.30 | 87.00 |
| | EMA | Telephone conference with and emails to witnesses. | 245.00 | 0.50 | 122.50 |
| 08/29/07 | EMA | Email witness affidavits; Review and edit affidavits. | 245.00 | 1.00 | 245.00 |
| | WJA | Review and revise Affidavit of Laura Johns | 290.00 | 0.30 | 87.00 |
| 08/30/07 | EMA | Send Johns' affidavit to witness. | 245.00 | 0.20 | 49.00 |
| 09/06/07 | WJA | Exchange e-mails with opposing counsel regarding extension for Summary Judgment response, etc; Follow up with EMA on status of Affidavits, etc | 290.00 | 0.50 | 145.00 |
| 09/07/07 | WJA | Exchange e-mails and discuss with EMA regarding meeting with Pat Minish | 290.00 | 0.30 | 87.00 |
| 09/11/07 | EMA | Review documents at GAYC. | 245.00 | 1.20 | 294.00 |
| 09/26/07 | WJA | Exchange e-mails with Bryan Webb regarding additional pages for Summary Judgment brief | 290.00 | 0.20 | 58.00 |
| 10/03/07 | EMA | Discuss Motion for Summary Judgment strategy with WJA; Telephone conference with opposing counsel regarding extension for response. | 245.00 | 0.70 | 171.50 |
| 10/09/07 | WJA | Meet with EMA and assign tasks for completing Motion for Summary Judgment | 290.00 | 0.50 | 145.00 |
| 10/11/07 | WJA | Meet with EMA to confirm plans for Motion for Summary Judgment; E-mail to Jerry Buckner regarding conference on same | 290.00 | 0.50 | 145.00 |
| 11/16/07 | EMA | Draft motion for extension of time. | 245.00 | 0.30 | 73.50 |
| 11/19/07 | EMA | Document review; Discuss response to Motion for Summary Judgment with client and WJA. | 245.00 | 1.20 | 294.00 |
| 11/20/07 | EMA | Brainstorm Motion for Summary Judgment response with WJA; review documents and read Shetterley deposition. | 245.00 | 4.00 | 980.00 |
| 11/26/07 | EMA | Read through depositions for response to Motion for Summary Judgment. | 245.00 | 5.00 | 1,225.00 |
| | WJA | Research legal issues in preparation for response to Motion for Summary Judgment. | 290.00 | 2.00 | 580.00 |
| 11/27/07 | EMA | Finalize reading depositions; Review of exhibits. | 245.00 | 4.70 | 1,151.50 |
| | WJA | Research legal issues in preparation for response to Motion for Summary Judgment. | 290.00 | 2.50 | 725.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

Page: 11
October 28, 2008
Client No. 3675-063675H
Statement No.     157002

| Date | | Description | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 11/28/07 | WJA | Draft brief in opposition to Motion for Summary Judgment. | 290.00 | 5.50 | 1,595.00 |
| | EMA | Draft fact section of Motion for Summary Judgment response. | 245.00 | 11.00 | 2,695.00 |
| 11/29/07 | WJA | Draft brief in opposition to Motion for Summary Judgment. | 290.00 | 6.50 | 1,885.00 |
| | EMA | Continue drafting Motion for Summary Judgment response. | 245.00 | 7.80 | 1,911.00 |
| 11/30/07 | WJA | Draft brief in opposition to summary judgment. | 290.00 | 4.50 | 1,305.00 |
| | EMA | Continue drafting Motion for Summary Judgment response. | 245.00 | 9.00 | 2,205.00 |
| 12/02/07 | WJA | Draft legal component of Brief in Opposition to Motion for Summary Judgment | 290.00 | 9.30 | 2,697.00 |
| 12/03/07 | EMA | Finish response to Motion for Summary Judgment. | 245.00 | 8.50 | 2,082.50 |
| | WJA | Draft Brief in Opposition to Motion for Summary Judgment | 290.00 | 7.50 | 2,175.00 |
| 12/18/07 | WJA | Review and respond to client e-mails | 290.00 | 0.20 | 58.00 |
| 01/14/08 | WJA | Review and reply to e-mail from Jerry Buckner | 290.00 | 0.10 | 29.00 |
| 01/15/08 | WJA | Review Reply Brief; Email to Jerry Buckner regarding same | 290.00 | 0.50 | 145.00 |
| 04/01/08 | ALP | Telephone conference with Mr. Lanier. | 400.00 | 0.30 | 120.00 |
| 04/02/08 | ALP | Telephone conference with Mr. Lanier: memo to Bill Atkins. | 400.00 | 0.40 | 160.00 |
| | ALP | Miscellaneous telephone conference with Mr. Lanier; review pleadings. | 400.00 | 1.00 | 400.00 |
| | ALP | Review file for client meeting. | 400.00 | 1.00 | 400.00 |
| 04/07/08 | ALP | File review; miscellaneous emails with Bill Atkins. | 400.00 | 1.00 | 400.00 |
| 04/11/08 | EMA | Draft Pre-Trial Motions and discuss same with opposing counsel. | 245.00 | 1.60 | 392.00 |
| 04/14/08 | ALP | Conference call with the Court. | 400.00 | 0.30 | 120.00 |
| 04/23/08 | ALP | Review Judge Land decision in UGA / Pharmacy case. | 400.00 | 0.30 | 120.00 |
| 04/30/08 | ALP | Work on reply brief. | 400.00 | 0.80 | 320.00 |
| 05/01/08 | EMA | Discuss pleadings with ALP, AYC and SW. | 245.00 | 0.50 | 122.50 |
| 05/12/08 | ALP | Draft reply brief on Williamson/official capacity suit/sovereign immunity issues; case law review. | 400.00 | 2.00 | 800.00 |

Page: 12
Terrie and Gerald M. Buckner                              October 28, 2008
                                                  Client No. 3675-063675H
                                                  Statement No.    157002
    Terrie Buckner v. UGA Board of Regents, et al.

|            |     |                                                                                                                                                                    | Rate   | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|----------|
| 05/13/08   | ALP | Review recent 11th Circuit qualified immunity claims.                                                                                                              | 400.00 | 0.40  | 160.00   |
| 06/12/08   | ALP | Review Order.                                                                                                                                                      | 400.00 | 1.00  | 400.00   |
| 06/16/08   | ALP | Telephone conference with Stephen Lanier regarding Summary Judgment; miscellaneous emails with client and opposing counsel.                                        | 400.00 | 0.50  | 200.00   |
|            | ALP | Letter to opposing counsel regarding case status / settlement.                                                                                                     | 400.00 | 0.30  | 120.00   |
| 07/10/08   | EMA | Discuss trial strategy with ALP; Telephone conference with opposing counsel regarding Pretrial Order and various deadlines.                                        | 245.00 | 0.60  | 147.00   |
| 07/21/08   | EMA | Discuss Pretrial Order with ALP and opposing counsel.                                                                                                              | 245.00 | 0.50  | 122.50   |
|            | ALP | Conference with Eleanor Attwood regarding pretrial; review court order.                                                                                            | 400.00 | 0.40  | 160.00   |
| 07/24/08   | ALP | Telephone conference with Bryan Webb; draft letter proposal of settlement; work on pretrial order; work on fact stipulations and jury charges; review pattern charges. | 400.00 | 2.80  | 1,120.00 |
| 07/25/08   | ALP | Finalize settlement letter; work on pretrial order; letter to Steve Lanier.                                                                                        | 400.00 | 1.20  | 480.00   |
| 07/29/08   | EMA | Create witness list; document review and flagged trial exhibits; Discuss deadlines with ALP; Draft Motion to Extend the Pre-Trial deadlines.                       | 245.00 | 6.40  | 1,568.00 |
|            | ALP | Work on proposed order; miscellaneous conferences with Eleanor Attwood; work on settlement letter.                                                                 | 400.00 | 0.80  | 320.00   |
| 07/30/08   | EMA | Draft jury charges; Voir Dire, Verdict form and stipulated facts.                                                                                                  | 245.00 | 5.60  | 1,372.00 |
| 07/31/08   | EMA | Telephone conference with opposing counsel regarding trial exhibits; consult with SKN regarding format for supplying exhibits to opposing counsel; send exhibits and list of witnesses. | 245.00 | 0.50  | 122.50   |
| 08/01/08   | ALP | Work on jury charges.                                                                                                                                              | 400.00 | 1.00  | 400.00   |
|            | EMA | Telephone conference with opposing counsel regarding fact stipulation.                                                                                             | 245.00 | 0.30  | 73.50    |
| 08/04/08   | ALP | Review materials form client on job search; work on Pretrial Order; conference with Eleanor Attwood.                                                               | 400.00 | 1.00  | 400.00   |
|            | EMA | Review mitigation documentation prior to sending to opposing counsel.                                                                                              | 245.00 | 0.70  | 171.50   |
| 08/06/08   | EMA | Discuss exhibit list with Cleveland; Email correspondence and telephone conferences with                                                                           |        |       |          |

Terrie and Gerald M. Buckner  
Page: 13  
October 28, 2008  
Client No. 3675-063675H  
Statement No.     157002  

Terrie Buckner v. UGA Board of Regents, et al.

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  |  | opposing counsel; Draft fact statement. | 245.00 | 2.00 | 490.00 |
| 08/07/08 | ALP | Order review; case law cited in Order review; begin jury charges. | 400.00 | 1.00 | 400.00 |
| 08/09/08 | ALP | Work on Pre-Trial Order and jury charges. | 400.00 | 2.00 | 800.00 |
| 08/11/08 | ALP | Prepare voir dire; jury instructions; revise document list; prepare jury verdict; letter to opposing counsel; legal research; document review (exhibits). | 400.00 | 9.00 | 3,600.00 |
| 08/12/08 | ALP | Work on voir dire; fact stipulations; jury instructions; Pretrial Order. | 400.00 | 5.30 | 2,120.00 |
| 08/13/08 | JER | Reviewed file in preparation of writing research memos | 225.00 | 1.00 | 225.00 |
|  | ALP | Memo to James Radford regarding damages research. | 400.00 | 0.40 | 160.00 |
|  | ALP | Work on trial plan; memo to associates regarding assignments. | 400.00 | 1.00 | 400.00 |
|  | ALP | Review Pretrial Order from Bryan Webb. | 400.00 | 0.30 | 120.00 |
| 08/14/08 | JER | Research issues related to immunity; reviewing file; research issues related to false arrest and malicious prosecution | 225.00 | 5.00 | 1,125.00 |
| 08/15/08 | JER | Researched elements of malicious prosecution claim; 1988 and damages for attorney fees | 225.00 | 7.00 | 1,575.00 |
|  | ALP | Deposition review and witness exam preparation. | 400.00 | 2.50 | 1,000.00 |
| 08/16/08 | ALP | Deposition review and pretrial preparation. | 400.00 | 2.00 | 800.00 |
| 08/18/08 | JER | Research and preparation of issues related to malicious prosecution and appropriate measure of damages | 225.00 | 7.00 | 1,575.00 |
| 08/19/08 | JER | Writing memo regarding malicious prosecution and damages | 225.00 | 4.50 | 1,012.50 |
|  | ALP | Prepare for and attend pretrial conference. | 400.00 | 1.50 | 600.00 |
|  | ALP | Conference call with Bryan Webb regarding settlement. | 400.00 | 1.00 | 400.00 |
|  | ALP | Travel to and from Columbus for pretial conference. (1/2 Travel Rate). | 200.00 | 2.00 | 400.00 |
| 08/20/08 | ALP | Letter to client regarding pretrial conference. | 400.00 | 0.30 | 120.00 |
|  | ALP | Letter to opposing counsel regarding economic damages; various trial preparation issues. | 400.00 | 0.40 | 160.00 |
| 08/22/08 | ALP | Continue deposition review. | 400.00 | 2.00 | 800.00 |
| 08/28/08 | ALP | Miscellaneous emails with Jerry Buckner. | 400.00 | 0.20 | 80.00 |
| 09/02/08 | EMA | Draft preparation memo and first draft of damages slides. | 245.00 | 3.80 | 931.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

Page: 14
October 28, 2008
Client No. 3675-063675H
Statement No. 157002

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  | ALP | Conference with Eleanor Attwood regarding joint exhibits; trial preparation. | 400.00 | 0.30 | 120.00 |
| 09/04/08 | ALP | Work on trial prep (joint exhibit review) and exhibits | 400.00 | 0.40 | 160.00 |
| 09/10/08 | EMA | Create witness examination; organize computer file for trial. | 245.00 | 6.00 | 1,470.00 |
|  | ALP | Conference with Eleanor Attwood regarding trial. | 400.00 | 0.40 | 160.00 |
| 09/11/08 | EMA | Prepare and create witness examination for Plaintiff. | 245.00 | 8.00 | 1,960.00 |
|  | ALP | Telephone conference with Steve Lanier regarding trial preparations; conference with Eleanor Attwood regarding pretrial preparations | 400.00 | 1.20 | 480.00 |
| 09/12/08 | EMA | Prepare for Shetterley cross examination. | 245.00 | 7.50 | 1,837.50 |
|  | ALP | Trial Preparation witness exhibits | 400.00 | 1.80 | 720.00 |
|  | BAC | Create Deposition summaries. | 90.00 | 3.00 | 270.00 |
|  | WSC | Create Deposition summaries. | 90.00 | 2.50 | 225.00 |
| 09/13/08 | ALP | Work on witness examination and trial preparation | 400.00 | 3.80 | 1,520.00 |
| 09/15/08 | EMA | Prepare for Dellinger examination. | 245.00 | 3.30 | 808.50 |
|  | BAC | Trial preparation. | 90.00 | 5.00 | 450.00 |
|  | WSC | Create deposition summaries. | 90.00 | 3.00 | 270.00 |
| 09/16/08 | EMA | Finish Walls and Dellinger cross exam outlines. | 245.00 | 7.20 | 1,764.00 |
|  | ALP | Conference with EMA trial preparation | 400.00 | 0.30 | 120.00 |
|  | ALP | Document review to finalize exhibit list. | 400.00 | 0.40 | 160.00 |
|  | BAC | Trial preparation. | 90.00 | 5.00 | 450.00 |
|  | WSC | Create deposition summaries. | 90.00 | 5.00 | 450.00 |
| 09/17/08 | EMA | Prepare examinations for witnesses. | 245.00 | 7.80 | 1,911.00 |
|  | ALP | Continue review and revision of witness outlines ( Dellinger/ Walls) | 400.00 | 1.50 | 600.00 |
|  | BAC | Trial preparation. | 90.00 | 4.00 | 360.00 |
|  | WSC | Deposition summary. | 90.00 | 3.50 | 315.00 |
| 09/18/08 | EMA | Prepare for witness exams; Create PowerPoint slideshow. | 245.00 | 8.20 | 2,009.00 |
|  | ALP | Conference with EMA regarding trial | 400.00 | 0.40 | 160.00 |
|  | ALP | Miscellaneous emails to Bryan Webb. | 400.00 | 0.40 | 160.00 |
|  | WSC | Create deposition summaries. | 90.00 | 6.50 | 585.00 |
| 09/19/08 | EMA | Set up client meeting; Telephone conference with co-counsel regarding witnesses; Email opposing counsel regarding addresses for witnesses. | 245.00 | 1.20 | 294.00 |
|  | ALP | Work on trial preparation. | 400.00 | 1.50 | 600.00 |
|  | BAC | Trial preparation | 90.00 | 7.00 | 630.00 |
|  | WSC | Create deposition summaries. | 90.00 | 4.50 | 405.00 |

Terrie and Gerald M. Buckner
Page: 15
October 28, 2008
Client No. 3675-063675H
Statement No. 157002

Terrie Buckner v. UGA Board of Regents, et al.

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/22/08 | EMA | Review depositions; Contact witnesses; Contact Judge Land's clerk and deputy in charge of Athens Court regarding jury list; telephone conference with opposing counsel regarding documents. | 245.00 | 3.00 | 735.00 |
| | ALP | Draft trial memorandum. | 400.00 | 10.00 | 4,000.00 |
| | ALP | Work on Closing Argument. | 400.00 | 3.00 | 1,200.00 |
| | WSC | Create deposition summaries. | 90.00 | 6.00 | 540.00 |
| 09/23/08 | EMA | Telephone conferences and emails to and from witnesses; Telephone conference with opposing counsel regarding several issues, including exhibits, witnesses and availability, settlement conference. | 245.00 | 3.20 | 784.00 |
| | ALP | Continue work on trial memorandum. | 400.00 | 6.00 | 2,400.00 |
| | ALP | Work on additional jury charges. | 400.00 | 0.60 | 240.00 |
| | ALP | Miscellaneous telephone conferences with Steve Lanier regarding trial preparation. | 400.00 | 0.70 | 280.00 |
| | ALP | Work on witness statements. | 400.00 | 0.70 | 280.00 |
| 09/24/08 | EMA | E-mails and telephone conferences with client and witnesses; Preparation for trial; Lunch with MK regarding Judge Land. | 245.00 | 1.80 | 441.00 |
| | ALP | Draft motion to add witness (Lanier). | 400.00 | 0.30 | 120.00 |
| | ALP | Work on jury charges; work on trial memorandum. | 400.00 | 2.50 | 1,000.00 |
| 09/25/08 | EMA | Prepare witnesses; Edit trial memo; telephone conferences with witnesses; discuss settlement with opposing counsel and ALP. | 245.00 | 6.00 | 1,470.00 |
| | ALP | Work on trial memorandum and witness exams. | 400.00 | 1.80 | 720.00 |
| 09/26/08 | EMA | Interview witnesses; Met with opposing counsel and reviewed exhibits; Went to courtroom to see electronic hookup and equipment. | 245.00 | 6.00 | 1,470.00 |
| | EMA | Travel to and from Athens (1/2 Travel Rate). | 122.50 | 3.00 | 367.50 |
| | WSC | Create deposition summaries. | 90.00 | 2.50 | 225.00 |
| 09/27/08 | ALP | Continue to work on trial memorandum, argument and witness exams. | 400.00 | 6.00 | 2,400.00 |
| 09/28/08 | EMA | Create trial strategy and read through Schramski deposition. | 245.00 | 8.00 | 1,960.00 |
| | ALP | Client conference regarding witness preparation. | 400.00 | 3.50 | 1,400.00 |
| | ALP | Work on trial memorandum | 400.00 | 2.00 | 800.00 |
| 09/29/08 | JER | Research and draft memo regarding striking employee - jurors for cause | 225.00 | 2.00 | 450.00 |
| | EMA | Compile Plaintiff and Joint Exhibits; Travel to and from Sugar Hill; Interview Laura Jones. | 245.00 | 9.20 | 2,254.00 |
| | ALP | Work on exhibits. | 400.00 | 1.50 | 600.00 |
| | ALP | Work on witness preparation. | 400.00 | 1.50 | 600.00 |
| | BAC | Trial preparation. | 90.00 | 7.00 | 630.00 |
| | WSC | Trial prepreparation. | 90.00 | 7.00 | 630.00 |

Terrie and Gerald M. Buckner
Page: 16
October 28, 2008
Client No. 3675-063675H
Statement No.    157002

Terrie Buckner v. UGA Board of Regents, et al.

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/30/08 | EMA | Finalize exhibits; Create examination strategy; Create task list. | 245.00 | 10.50 | 2,572.50 |
| | JER | Researching juror strike issues | 225.00 | 0.50 | 112.50 |
| | ALP | Prepare complete jury charge and draft motion for submission to the Court. | 400.00 | 2.30 | 920.00 |
| | ALP | Review witness statements from criminal case and work on witness exams. | 400.00 | 2.70 | 1,080.00 |
| | ALP | Conference with Eleanor Attwood regarding documents; joint exhibits, plaintiff's exhibits. | 400.00 | 1.50 | 600.00 |
| | ALP | Continue witness exam preparation: Lanier (including letter); Friar and Brookover. | 400.00 | 3.00 | 1,200.00 |
| | BAC | Trial Preparation | 90.00 | 7.00 | 630.00 |
| | WSC | Trial preparation. | 90.00 | 7.00 | 630.00 |
| 10/01/08 | WSC | Trial preparation. | 90.00 | 7.00 | 630.00 |
| | EMA | Interview witnesses; create cross examination outlines | 245.00 | 9.00 | 2,205.00 |
| | ALP | Continue preparation for trial; Draft Motion to Amend Pretrial Order regarding jury charges; Finalize revised jury charges; Work on various witness examinations. | 400.00 | 10.00 | 4,000.00 |
| 10/02/08 | WSC | Trial preparation. | 90.00 | 7.50 | 675.00 |
| | WSC | Trial preparation. | 90.00 | 7.50 | 675.00 |
| | EMA | Interview witnesses; Work on witness examination outlines. | 245.00 | 9.00 | 2,205.00 |
| | ALP | Work on opening. | 400.00 | 4.00 | 1,600.00 |
| | ALP | Work on closing. | 400.00 | 1.50 | 600.00 |
| | ALP | Work on witness exams. | 400.00 | 2.50 | 1,000.00 |
| | ALP | Work on voir dire; Review juror lists; Telephone conference with Tolley. | 400.00 | 1.80 | 720.00 |
| 10/03/08 | EMA | Review and edit witness exams; Confirm orderly exhibits; Review electronic devises. | 245.00 | 8.00 | 1,960.00 |
| | ALP | Trial preparation; Witness preparation (Lanier, Mr. and Mrs. Buckner); Prepare motion to amend Pretrial Order regarding voir dire, verdict form and exhibit lists; work on opening and PowerPoint. | 400.00 | 11.00 | 4,400.00 |
| 10/04/08 | EMA | Prepare witness exam notebooks; Finish Walls' cross exam outline | 245.00 | 6.00 | 1,470.00 |
| | ALP | Witness meetings; trial preparation. | 400.00 | 11.00 | 4,400.00 |
| 10/05/08 | EMA | Prepare clients; Pack materials and supplies. | 245.00 | 8.00 | 1,960.00 |
| | EMA | Travel to Athens (1/2 Travel Rate). | 122.50 | 1.50 | 183.75 |
| | ALP | Trial preparation. | 400.00 | 8.00 | 3,200.00 |
| | ALP | Travel to Athens (1/2 Travel Rate). | 200.00 | 2.00 | 400.00 |
| 10/06/08 | EMA | Prepare for and attend trial. | 245.00 | 8.50 | 2,082.50 |
| | ALP | Attend Trial. | 425.00 | 8.50 | 3,612.50 |
| | ALP | Trial preparation. | 400.00 | 4.00 | 1,600.00 |
| 10/07/08 | EMA | Attemd Trial. | 245.00 | 7.00 | 1,715.00 |
| | EMA | Trial preparation. | 245.00 | 4.50 | 1,102.50 |
| | ALP | Attend Trial. | 425.00 | 7.00 | 2,975.00 |

Page: 17
Terrie and Gerald M. Buckner                                    October 28, 2008
                                                    Client No. 3675-063675H
                                                    Statement No.      157002

Terrie Buckner v. UGA Board of Regents, et al.

```
                                                        Rate    Hours
            ALP  Trial preparation.                   400.00     5.00   2,000.00

10/08/08    EMA  Attend Trial.                        245.00     7.00   1,715.00
            EMA  Trial preparation.                   245.00     1.00     245.00
            ALP  Attend Trial.                        425.00     7.00   2,975.00
            ALP  Trial preparation.                   400.00     1.00     400.00

10/09/08    EMA  Attend trial, receive verdict; Conference
                 with clients regarding appeal.       245.00     3.00     735.00
            EMA  Travel from Athens (1/2 Travel Rate).122.50     2.00     245.00
            ALP  Attend trial, receive verdict; Conference
                 with clients regarding appeal.       400.00     3.00   1,200.00
            ALP  Travel from Athens (1/2 Travel Rate).200.00     2.00     400.00
            AYC  Drafted press release                290.00     1.00     290.00

10/13/08    EMA  Email client regarding Shetterley photo;
                 Email opposing counsel regarding insurance
                 policy; Deconstruct trial materials. 245.00     1.70     416.50
            ALP  Continue work on fee petition; draft
                 affidavit; telephone conference with Steve
                 Lanier regarding fee application.    400.00     1.90     760.00

10/14/08    EMA  Finish first draft of fee petition; Draft
                 thank you notes to witnesses; call Court
                 reporter regarding transcript.       245.00     5.30   1,298.50
            ALP  Continue work on fee petition/affidavits;
                 letter to clients regarding post judgment
                 process.                             400.00     1.60     640.00
            ALP  Telephone conference with opposing counsel
                 regarding fee issue / possible settlement.
                                                      400.00     0.30     120.00

10/15/08    EMA  Retrieve affidavits for fee petition; Email
                 opposing counsel regarding insurance
                 policies.                            245.00     0.50     122.50

10/16/08    EMA  Telephone conference with client regarding
                 television interview.                245.00     0.30      73.50
            ALP  Two telephone conferences with clients
                 regarding status.                    400.00     0.20      80.00

10/17/08    EMA  Locate and review photographs for Richard
                 Belcher.                             245.00     0.50     122.50

10/20/08    EMA  Finish fee petition and supporting materials.
                                                      245.00     4.00     980.00
10/22/08    EMA  Draft Motion for Extension; call clerk's
                 office regarding same.               245.00     0.70     171.50
            ALP  Work on fee petition; Miscellaneous telephone
                 conferences with Steve Lanier; conference
                 with Eleanor Attwood.                400.00     0.80     320.00
                                                                        ─────────
                 For Current Services Rendered                   930.20
                                                                      246,388.00
```

                              Recapitulation
        Timekeeper                    Hours       Rate       Total
        A. Lee Parks, Jr.              6.00     $200.00   $1,200.00

Terrie Buckner v. UGA Board of Regents, et al.

| | | | |
|---|---:|---:|---:|
| A. Lee Parks, Jr. | 175.00 | 400.00 | 70,000.00 |
| A. Lee Parks, Jr. | 22.50 | 425.00 | 9,562.50 |
| William J. Atkins | 14.00 | 145.00 | 2,030.00 |
| William J. Atkins | 205.10 | 290.00 | 59,479.00 |
| Andrew Y. Coffman | 1.00 | 290.00 | 290.00 |
| Eleanor M. Attwood | 20.00 | 122.50 | 2,450.00 |
| Eleanor M. Attwood | 347.70 | 245.00 | 85,186.50 |
| Jacqueline J. Davis | 4.40 | 100.00 | 440.00 |
| William S. Cleveland | 69.50 | 90.00 | 6,255.00 |
| Benjamin A. Clary | 38.00 | 90.00 | 3,420.00 |
| James E. Radford, Jr. | 27.00 | 225.00 | 6,075.00 |

## Expenses

| | |
|---|---:|
| Photocopies at 20 cents per page | 816.20 |
| Postage | 83.89 |
| Facsimile Charges | 83.00 |
| Total Expenses Thru 10/28/08 | 983.09 |

## Advances

| Date | Description | Amount |
|---|---|---:|
| 05/31/06 | Outside Reproduction Costs/GA Superior Court Admin costs | 5.00 |
| 07/06/06 | Miscellaneous Client Costs /Intelius Investigative Reports | 79.60 |
| 09/08/06 | Filing & Service Fees Clerk, United States District Court | 350.00 |
| 09/21/06 | Process Service Crqwford, Shaney & Rasco, Inc. | 300.00 |
| 04/12/07 | Outside Reproduction Costs Department of Law- State of GA | 410.25 |
| 04/26/07 | Courier & Delivery Service - Federal Express | 13.55 |
| 05/01/07 | Courier & Delivery Service - Georgia Messenger Service | 10.95 |
| 05/02/07 | Courier & Delivery Service - Georgia Messenger Service | 15.99 |
| 05/30/07 | Court Reporter - Brown & Gallo, Inc | 611.61 |
| 05/30/07 | Court Reporter - Brown & Gallo | 160.95 |
| 06/18/07 | Travel Expenses/ William J. Atkins | 207.56 |
| 06/20/07 | Mileage & Parking Expense Eleanor Attwood | 142.80 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 1,157.45 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 1,047.50 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 366.20 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 577.65 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 1,800.00 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 1,989.45 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 1,589.00 |
| 08/27/07 | Mileage Expense Eleanor Attwood | 47.60 |
| 09/04/07 | Court Reporter - Brown & Gallo, Inc | 1,434.95 |
| 09/22/08 | Witness Fee Expense and Mileage/ Karen Hedgelon | 53.00 |
| 09/23/08 | Witness Fee Expense/mileage- Carla Rogg | 82.12 |
| 09/23/08 | Witness Fee/Mileage Expense Sharen Hausmann | 82.71 |
| 09/23/08 | Witness Fee/Mileage Expense -Pat Minish | 77.44 |
| 09/23/08 | Witness Fee/Mileage Expense-Tamara Brookover | 75.10 |
| 09/24/08 | Witness Fee/Mileage- Expense Laura Johns | 70.42 |
| 09/24/08 | Witness Fee Expense - Trudy Friar | 49.95 |
| 10/01/08 | Witness Fee /mileage/Expense Trudy Friar | 58.14 |
| 10/10/08 | Travel/trial - Meals | 215.00 |
| 10/10/08 | Travel/trial - Hotel | 1,314.55 |
| 10/23/08 | Travel Expense/mileage/Eleanor Attwood | 111.18 |
| | Total Advances | 14,507.67 |

                                                          Page:  19
    Terrie and Gerald M. Buckner                   October 28, 2008
                                          Client No.  3675-063675H
                                          Statement No.     157002
    Terrie Buckner v. UGA Board of Regents, et al.
```

         Total Current Work                                    261,878.76

                              Payments

04/15/08    Payment - Thank you  (received from Lanier Firm)     -6,208.50


         Balance Due                                          $255,670.26


                           Billing History
              Fees   Expenses  Advances Finance Charge   Payments
        246,388.00    983.09 14,507.67           0.00    6,208.50