IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TERRIE BUCKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 3:06-CV-79 (CDL) |
| | ) | |
| KAREN SHETTERLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF A. LEE PARKS

COMES NOW A. Lee Parks of the law firm of Parks, Chesin & Walbert, P.C.,

counsel for the Plaintiff in the above-referenced matter, who came before the

undersigned officer duly authorized to administer oaths and, after being duly sworn,

states the following based upon his personal knowledge.

1.

My name is A. Lee Parks. I give this affidavit for use in this case for all the

purposes allowed by law.

2.

I am an attorney licensed to practice law in the State of Georgia, and am counsel

of record for the Plaintiff in the above-referenced matter. I have practiced civil rights

law based in Atlanta, Georgia since June 1977. I have thirty-one (31) years of continuous full-time experience as a trial lawyer. I specialize in civil rights and constitutional law litigation as well as employment law.

3.

I graduated from Emory University Law School in 1977. While in law school, I served on the Board of Editors for the Emory Law Journal and was a Director of the Emory Moot Court Society. I have published two legal articles on constitutional law related subjects: 25 Emory Law Journal 983 (1976); and 16 Georgia State Bar Journal 129 (1980). I am a regular speaker at seminars involving constitutional law, particularly in matters involving litigation under 42 U.S.C. §1983. I have been counsel to Plaintiffs in numerous cases involving the First and Fourth Amendments.

4.

I am admitted to practice before all state trial and appellate courts in Georgia, the United States District Court for the Northern District of Georgia, the United States Court of Appeals for the Eleventh Circuit and the United States Supreme Court. I have served as lead counsel and presented oral argument successfully in two constitutional law cases decided by the United States Supreme Court wherein my clients prevailed. *See Miller v. Johnson*, 515 U.S. 900 (1995) and *Abrams v. Johnson*, 521 U.S. 74 (1997).

5.

I am the senior partner within my law firm, Parks, Chesin & Walbert, P.C. I have specialized expertise in all matters related to federal constitutional law. I have been lead counsel in over five hundred Section 1983 cases. I have extensive experience litigating against the governmental bodies. *See e.g., Rogers v. Medical Ass. of Ga.*, 244 Ga. 151, 259 S.E.2d 85 (1979) (statutory delegation of governor's appointment powers to private association held unconstitutional); *Miller v. Johnson*, 515 U.S. 900 (1995) (legislation establishing congressional districts held unconstitutional); *Abrams v. Johnson*, 521 U.S. 74 (1997); (legislation establishing State legislative districts held unconstitutional); *Able v. Wilkins*, (redistricting plan for South Carolina's House of Representatives held unconstitutional); *Johnson v. Georgia Board of Regents*, 263 F.3d 1234 (11th Cir. 2001) (UGA admissions policy held unconstitutional); and *Smith v. Beasley*, 946 F.Supp. 1174 (D.S.C. 1997).

6.

I regularly consult with attorneys across the nation who are involved in constitutional cases of all kinds, and am considered to be an expert in this specialized area of the law. I believe I possess as much, if not more, experience with bringing constitutional challenges against government officials than any other attorney in this

state. My reputation is built on that experience and the success I have enjoyed in the many years I and my law firm have been on the cutting edge of constitutional law issues.

7.

I served as Plaintiff's lead counsel in this case. My standard hourly rate for clients who pay on a monthly basis is currently $375.00 to $450.00 per hour. While I have, on occasion, reduced that hourly rate for business clients promising substantial amounts of work on an ongoing basis, I charge the higher rate when I am retained to represent a client in a particular case, and value my time in contingent matters at the higher rate.

9.

I am able to fill all my available time with hourly work. However, I continue to devote significant time to cases taken on a contingent basis in reliance upon the various fee shifting statutes which permit the Court to award a full fee in cases where the plaintiff is the prevailing party. Due to the complexity of these matters, and the risk of not being compensated at all, relatively few attorneys who possess the experience and legal expertise to act as lead counsel will accept Section 1983 cases on a contingent fee basis. Given the importance of these cases not only to the clients, but to society in

general, it is critical lawyers with the requisite skill and expertise work on these cases. That, in turn, depends on the availability of fully compensatory fee awards.

10.

I received a recent fee award in a Section 1983 case filed in the United States District Court for the Northern District of Georgia (Baverman, J., affirmed by Pannell, J.). *See Virdi v. DeKalb County School District, et al.*, Civil Action File No. 1:97-CV-3485-CAP (Order dated 2/08/2008). I was awarded fees based on an hourly rate of $375.00. This is a conservative hourly rate for my time in this case on the lower end of my hourly rate range.

11.

An itemized statement of all time and expenses incurred in the case by my self and the other attorneys employed by my firm at the time who worked on this case is attached as Exhibit "A" to this Affidavit. This time begins with the inception of the case, goes through discovery, motions for summary judgment, pretrial order preparation, and jury trial. This billing statement is a true and accurate statement of the attorney time and expenses of litigation attributable to the representation of the Plaintiff in this matter.

12.

William Atkins, a former partner with my firm billed approximately 216 hours litigating this case. His hourly rate was $290. For work he conducted in a previous case, *Virdi v. DeKalb County School District, et al.*, Civil Action File No. 1:97-CV-3485-CAP, the Court approved his 2005 rate of $250 an hour. [Doc. Nos. 261, 271]. In 2006, Mr. Atkins became a partner at my firm, and his rate increased to $290 an hour. That rate is in line with other lawyers of Mr. Atkins' skill, experience, and reputation.

Mr. Atkins received his law degree from Emory University School of Law in 1994, where he was a member of the National Moot Court Team, Order of the Barristers, Lamar Inn of Court, and earned distinction as Best Oralist in the 1992 Intra-Mural Moot Court Competition. He has practiced law in Georgia since his admission to the Georgia Bar in 1994. He testifies that he has practiced law full time primarily in the area of civil litigation and labor and employment law since 1999.

13.

Eleanor Mixon Attwood, the attorney with our firm who assisted me throughout the case and at trial is filing a separate affidavit in support of the fee petition.

14.

I have exercised billing judgment throughout the case deleting time in the range of forty hours which I determined did not materially advance Plaintiff's position in this case or was duplicative of another attorney's efforts. I have also deleted twelve hours of time devoted to the preparation for an attendance at Chief Jimmy Williamson's deposition, a former Defendant in this case.

15.

In calculating a fair and reasonable hourly rate for this case, the lodestar rate should be calculated by multiplying each attorney's hourly rate by the number of hours reasonably devoted to the case by that attorney and thus adding up all of the fees. If competent and experienced counsel are to continue to accept the great financial and professional risks that are involved in these types of cases, this expertise needs to be acknowledged by a fee award that is fully compensatory. In addition, because of my firm's historical involvement in constitutional cases brought under Section 1983 against government officials, our attorneys were able to bring to the litigation an intimate knowledge of this specialized area of the law and a good depth understanding with respect to constitutional issues. It would have taken another law firm without that wealth of experience in Section 1983 litigation, significantly more time to provide the

same services, which justifies a higher rather than lower hourly rate within the range the attorney charges hourly clients in this market.

16.

I am seeking an hourly rate of $400.00 per hour for my time outside of trial and $425.00 per hour for my trial time. As you can see from Exhibit "A" to this Affidavit, I did not become involved in this case until the very late stages to minimize fees. My involvement only escalated when trial became likely. I believe my extensive experience in conducting civil trials justifies a slightly higher rate for actual trial time.

15.

The verdict and judgment in this case constitute an excellent result in the litigation. It makes the plaintiff a prevailing party entitled to a fully compensatory fee award.

FURTHER AFFIANT SAYETH NOT.

_____
A. LEE PARKS

Sworn to and subscribed before
me this **31** day of October, 2008.

_____
NOTARY PUBLIC
My Commission expires: Jan. 24, 2010



                                                        Page: 1
Terrie and Gerald M. Buckner                    October 28, 2008
655 Singley Drive                         Client No. 3675-063675H
Lawrenceville  GA  30044                  Statement No.    157002
USA

Terrie Buckner v. UGA Board of Regents, et al.

                                                 Draft Statement

Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 02/15/06 WJA | Meeting with Terrie and Jerry Buckner regarding false arrest and MP case against UGA, et al; Telephone conference with Steve Lanier regarding case. | 290.00 | 1.00 | 290.00 |
| 04/13/06 WJA | Review e-mails from Jerry Buckner; Respond to same; telephone conference with Jerry Buckner regarding status and follow-up | 290.00 | 0.20 | 58.00 |
| 04/18/06 WJA | Review e-mail from Jerry Buckner re: potential witnesses and chronology of events. | 290.00 | 0.20 | 58.00 |
| 04/28/06 EMA | Attorney conference with WJA regarding facts of case; review file. | 245.00 | 0.80 | 196.00 |
| WJA | Review and respond to e-mail from Jerry Buckner regarding status of case | 290.00 | 0.20 | 58.00 |
| 05/03/06 EMA | Attorney conference with WJA regarding case status; telephone conference with client. | 245.00 | 0.50 | 122.50 |
| WJA | Meet with EMA regarding case strategy and potential defendants; Telephone conference with clients regarding set up conference call | 290.00 | 0.50 | 145.00 |
| WJA | Review and respond to e-mail regarding status from Jerry Buckner | 290.00 | 0.10 | 29.00 |
| 05/04/06 EMA | Attorney conference with WJA regarding case; telephone conference with client regarding same. | 245.00 | 0.80 | 196.00 |
| WJA | Telephone conference with Jerry and Terrie Buckner regarding strategy; Meet with EMA regarding strategy | 290.00 | 0.80 | 232.00 |
| 05/10/06 EMA | Draft complaint. | 245.00 | 4.40 | 1,078.00 |
| WJA | Meet with EMA regarding legal issues in Complaint | 290.00 | 0.50 | 145.00 |
| 05/23/06 EMA | Send facts section of brief to client for review; attorney conference with WJA regarding same. | 245.00 | 0.30 | 73.50 |
| WJA | Meet with EMA regarding Complaint | 290.00 | 0.20 | 58.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 05/25/06 | EMA | Review and revise complaint; legal research regarding malicious prosecution claim. | 245.00 | 1.30 | 318.50 |
| 05/26/06 | EMA | Legal research regarding false arrest and malicious prosecution claims. | 245.00 | 1.50 | 367.50 |
| 05/30/06 | EMA | E-mail to client regarding malicious prosecution claim. | 245.00 | 0.20 | 49.00 |
| 05/31/06 | EMA | Attorney conference with WJA regarding status of case. | 245.00 | 0.40 | 98.00 |
| 06/05/06 | WJA | Review complaint and discuss same with EMA; Review file materials concerning statements of witnesses during criminal investigation; Telephone conference with Cari Kaplan Johanson, re: district attorneys office investigation. | 290.00 | 0.50 | 145.00 |
| 06/06/06 | WJA | Telephone conference with Steve Lanier, re: case strategy, immunity issues and complaint. | 290.00 | 0.30 | 87.00 |
| 06/09/06 | EMA | Receipt and review of file. | 245.00 | 0.90 | 220.50 |
| 06/13/06 | WJA | Review Complaint and Lanier transcripts of investigative interviews; Meet with EMA regarding fact issues and applicability to law | 290.00 | 0.80 | 232.00 |
| | EMA | Review transcripts; attorney conference with WJA regarding same. | 245.00 | 1.00 | 245.00 |
| 06/14/06 | WJA | Telephone conference with Steve Lanier regarding issues with filing Complaint | 290.00 | 0.60 | 174.00 |
| | EMA | Telephone conference with Steve Lanier regarding facts of case and claims; attorney conference with WJA regarding same. | 245.00 | 0.60 | 147.00 |
| 06/16/06 | EMA | Review and revise claims in complaint. | 245.00 | 1.20 | 294.00 |
| 06/19/06 | WJA | Review and reply to e-mail from Jerry Buckner, re: Complaint. | 290.00 | 0.20 | 58.00 |
| 07/20/06 | EMA | Telephone conference with co-counsel to discuss meeting. | 245.00 | 0.30 | 73.50 |
| 07/24/06 | EMA | Set up meeting with co-counsel. | 245.00 | 0.30 | 73.50 |
| 07/25/06 | WJA | Telephone conference with Terrie Buckner regarding complaint, etc. | 290.00 | 0.50 | 145.00 |
| 08/01/06 | WJA | Telephone conference with Mike Opry regarding meeting; Telephone conference with Jerry Buckner regarding meeting; Telephone conference to Steve Lanier regarding meeting; E-mail to EMA regarding meeting | 290.00 | 0.30 | 87.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 08/02/06 WJA | Meet with Steve Lanier and EMA regarding strategy and Complaint | 290.00 | 1.20 | 348.00 |
| EMA | Attend meeting with co-counsel and WJA to discuss complaint. | 245.00 | 1.20 | 294.00 |
| 08/04/06 WJA | Prepare for and conduct meeting with Buckners regarding interview with investigators | 290.00 | 1.00 | 290.00 |
| WJA | Conduct meeting with investigator | 290.00 | 1.00 | 290.00 |
| 08/07/06 WJA | Telephone conference with Steve Lanier regarding meeting with insurance investigator | 290.00 | 0.20 | 58.00 |
| 08/11/06 WJA | Telephone conference with Jerry Buckner regarding meeting; telephone conference with Steve Lanier. | 290.00 | 0.20 | 58.00 |
| 08/29/06 WJA | Review and revise Complaint. | 290.00 | 1.00 | 290.00 |
| 08/30/06 WJA | Continue review and revising Complaint | 290.00 | 2.50 | 725.00 |
| 09/06/06 WJA | Review and make further revisions to Complaint after client interview; telephone conference with client regarding issues in Complaint | 290.00 | 2.50 | 725.00 |
| 09/08/06 WJA | Final edits to Complaint | 290.00 | 1.50 | 435.00 |
| 09/11/06 WJA | Telephone conference with clients re: filing of complaint. | 290.00 | 0.50 | 145.00 |
| 10/10/06 WJA | Review and respond to e-mail from client regarding Answer to Complaint, etc. | 290.00 | 0.10 | 29.00 |
| 10/11/06 WJA | Review and respond to Jerry Buckner's e-mail regarding statute of limitations | 290.00 | 0.20 | 58.00 |
| 10/20/06 JJD | Review memo regarding discovery matters. | 100.00 | 0.10 | 10.00 |
| WJA | E-mail to JJD and EMA regarding discovery plan. | 290.00 | 0.50 | 145.00 |
| 11/08/06 WJA | Review and respond to e-mail from Jerry Buckner regarding media involvement | 290.00 | 0.30 | 87.00 |
| WJA | Telephone conference with opposing counsel regarding setting up Rule 26(f) Conference | 290.00 | 0.20 | 58.00 |
| 11/13/06 WJA | Rule 26(f) Conference with opposing counsel and EMA | 290.00 | 0.70 | 203.00 |
| EMA | Drafted Initial Disclosures and CIP | 245.00 | 1.50 | 367.50 |
| EMA | 26(f) Conference with opposing counsel. | 245.00 | 0.70 | 171.50 |
| 11/15/06 WJA | Review and reply to e-mail from Jerry Buckner regarding media angle | 290.00 | 0.20 | 58.00 |
| 11/16/06 WJA | Review Order on Rule 26 Conference; E-mail to AGH, EMA, etc. regarding same | 290.00 | 0.50 | 145.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 12/01/06 | WJA | Exchange e-mails on Scheduling Order with Eddie Snelling | 290.00 | 0.20 | 58.00 |
| 12/07/06 | EMA | Draft Joint Preliminary Report, Initial Disclosures and written discovery. | 245.00 | 2.50 | 612.50 |
| 12/27/06 | EMA | Review Joint Preliminary Report and discussed with opposing counsel. | 245.00 | 0.40 | 98.00 |
| 12/28/06 | WJA | Review and revise Scheduling Order; Telephone conference with opposing counsel regarding same; Assist AGH in filing Scheduling Order | 290.00 | 1.00 | 290.00 |
| 01/12/07 | WJA | Review discovery requests and exchange e-mails with opposing counsel regarding same | 290.00 | 0.50 | 145.00 |
| 01/22/07 | JJD | Review file in preparation of organizing documents; begin to organize and label documents received from Lanier; identify privileged documents; conference with WJA regarding same. | 100.00 | 3.00 | 300.00 |
| 02/13/07 | WJA | Review and respond to e-mail from Jerry Buckner regarding client's meeting with Karen Shetterley | 290.00 | 0.20 | 58.00 |
| 02/19/07 | WJA | Follow-up on status of discovery responses, etc. | 290.00 | 0.30 | 87.00 |
| 03/09/07 | EMA | Review documents at Attorney General's office. | 245.00 | 2.80 | 686.00 |
| | WJA | Conduct document review at Attorney General's office with EMA. | 290.00 | 2.80 | 812.00 |
| 03/28/07 | WJA | Coordinate scheduling of depositions etc. with AGH | 290.00 | 0.50 | 145.00 |
| 04/03/07 | EMA | Email opposing counsel regarding docs and scheduling depositions. | 245.00 | 0.30 | 73.50 |
| 04/04/07 | EMA | Draft good-faith letter to opposing counsel; Discuss deposition scheduling with WJA and co-counsel. | 245.00 | 0.70 | 171.50 |
| 04/05/07 | JJD | Telephone call with client regarding discovery responses. | 100.00 | 0.40 | 40.00 |
| 04/09/07 | JJD | Conference with WJA regarding information requested by Client. | 100.00 | 0.30 | 30.00 |
| 04/11/07 | WJA | Confirm discovery schedule and review discovery responses | 290.00 | 1.00 | 290.00 |
| 04/16/07 | JJD | Telephone calls with clients regarding discovery responses. | 100.00 | 0.60 | 60.00 |
| | WJA | Coordinate preparing response to discovery with EMA and JD | 290.00 | 0.50 | 145.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 04/17/07 | WJA | Prepare discovery and prepare for deposition | 290.00 | 2.50 | 725.00 |
| 04/18/07 | EMA | Draft discovery responses. | 245.00 | 1.30 | 318.50 |
| 04/19/07 | WJA | Prepare for client's deposition; Meeting with client and her husband regarding same. | 290.00 | 3.00 | 870.00 |
| 04/20/07 | WJA | Telephone conference re: rescheduling client's deposition. | 290.00 | 0.50 | 145.00 |
| 04/23/07 | WJA | Meet with client in preparation for her deposition. | 290.00 | 2.50 | 725.00 |
| 04/24/07 | WJA | Follow up deposition with detailed file review and revisions to discovery | 290.00 | 1.50 | 435.00 |
| 04/25/07 | WJA | Attend to various matters regarding discovery, including revisions to discovery requests, deposition notices, etc. | 290.00 | 2.50 | 725.00 |
| 04/26/07 | WJA | Further revision of discovery responses; Telephone conference with and email exchange with clients regarding same | 290.00 | 2.00 | 580.00 |
| 04/27/07 | WJA | Telephone conference with Dr. Laura Johns regarding case | 290.00 | 1.00 | 290.00 |
|  | WJA | Revise discovery responses, etc.; Exchange e-mails with client regarding same | 290.00 | 2.50 | 725.00 |
| 05/01/07 | WJA | Prepare for and defend client's deposition; Meet with client following deposition regarding same. | 290.00 | 6.50 | 1,885.00 |
| 05/02/07 | EMA | Met with clients; research work product issue. | 245.00 | 3.00 | 735.00 |
|  | WJA | Review and revise Interrogatory responses | 290.00 | 2.50 | 725.00 |
|  | WJA | Telephone conference with Trudy Friar regarding witness testimony; Meeting with Laura Johns Dautch regarding witness testimony | 290.00 | 2.30 | 667.00 |
| 05/03/07 | WJA | Coordinate delivery of discovery documents to Eddie Snelling; Continue work on discovery responses and strategy regarding depositions, etc. | 290.00 | 0.80 | 232.00 |
|  | WJA | Exchange e-mails and telephone conference with Bryan Webb, new opposing counsel in case, regarding discovery extension, depositions, etc. | 290.00 | 0.50 | 145.00 |
| 05/07/07 | WJA | Continue work on interrogatory responses; E-mail to AGH and EMA regarding same | 290.00 | 0.50 | 145.00 |
| 05/08/07 | WJA | Continue work on discovery, Interrogatory responses, etc.; Exchange e-mails with Bryan Webb regarding same | 290.00 | 0.70 | 203.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 05/09/07 | WJA | Review Interrogatory responses | 290.00 | 2.50 | 725.00 |
| 05/14/07 | WJA | Continue work on scheduling depositions; discovery, interrogatory responses, etc. | 290.00 | 1.50 | 435.00 |
| 05/16/07 | WJA | Reschedule depositions with Bryan Webb | 290.00 | 0.50 | 145.00 |
| 05/17/07 | WJA | Finalize interrogatory responses and draft Consent Motion on discovery; Coordinate discovery with Bryan Webb | 290.00 | 1.00 | 290.00 |
| 05/21/07 | EMA | Discuss depos with Bill Atkins; send e-mails to opposing counsel regarding depos. | 245.00 | 0.50 | 122.50 |
| | WJA | Follow-up with EMA and opposing counsel regarding deposition schedule | 290.00 | 0.50 | 145.00 |
| 05/22/07 | EMA | Respond to Opposing counsel's e-mail regarding depos. | 245.00 | 0.20 | 49.00 |
| | WJA | Review 30(b)(6) Notice; Discuss same with EMA; Incorporate electronic discovery issues | 290.00 | 0.80 | 232.00 |
| 05/25/07 | EMA | Finish 30(b)(6)6 notice; Finish written subpoena. | 245.00 | 1.00 | 245.00 |
| 05/30/07 | EMA | Preparation for depositions. | 245.00 | 1.50 | 367.50 |
| 06/01/07 | WJA | Confirm deposition schedule and prepare for depositions | 290.00 | 1.00 | 290.00 |
| | WJA | Prepare for deposition of Chief Williamson, etc. | 290.00 | 1.00 | 290.00 |
| 06/03/07 | WJA | Prepare for deposition of Chief Williamson; Telephone conference with Jerry Buckner regarding same | 290.00 | 3.00 | 870.00 |
| 06/04/07 | WJA | Travel to/from Deposition of Chief Jimmy Williamson. (1/2 Travel Rate). | 145.00 | 3.00 | 435.00 |
| | WJA | Conduct deposition of Chief Jimmy Williamson | 290.00 | 4.50 | 1,305.00 |
| | WJA | Extended telephone conference with Steve Lanier regarding deposition of Chief Williamson, etc. | 290.00 | 0.50 | 145.00 |
| | WJA | Prepare for deposition of Dale Wetzelberger | 290.00 | 2.50 | 725.00 |
| 06/05/07 | WJA | Travel to/from deposition of Dale Wetzelberger (1/2 Travel Rate). | 145.00 | 3.00 | 435.00 |
| | WJA | Prepare for deposition of Dale Wetzelberger | 290.00 | 1.50 | 435.00 |
| | WJA | Conduct deposition of Dale Wetzelberger. | 290.00 | 5.00 | 1,450.00 |
| | WJA | Telephone conference with Cori Johnson regarding Buckner case; Meet with Gwinnett District Attorney's office regarding case; Secure certified copy of Tammy Brookover's plea from clerk's office | 290.00 | 1.00 | 290.00 |
| | WJA | Telephone conference with Tammy Brookover regarding recollection of events and statement | 290.00 | 0.50 | 145.00 |
| | EMA | Discuss depositions and subpoena(s) with WJA. | 245.00 | 0.40 | 98.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 06/06/07 | WJA | Confirm scheduling for depositions, etc.; Prepare exhibits, etc. for depositions; Discuss same with EMA | 290.00 | 1.50 | 435.00 |
| | EMA | Locating and identifying exhibits for depositions; Discuss depositions with WJA. | 245.00 | 1.10 | 269.50 |
| 06/07/07 | WJA | Work with EMA and AGH to prepare for deposition of George Stafford. | 290.00 | 0.50 | 145.00 |
| | WJA | Review transcripts of witness statements | 290.00 | 1.00 | 290.00 |
| | EMA | Conduct Stafford deposition. | 245.00 | 3.30 | 808.50 |
| | EMA | Travel to and from Athens (1/2 Travel Rate). | 122.50 | 3.00 | 367.50 |
| 06/08/07 | WJA | Document review, identify exhibits for depositions; Telephone conference with witnesses, etc. | 290.00 | 5.00 | 1,450.00 |
| 06/11/07 | WJA | Telephone conference with Steve Lanier regarding depositions; Telephone conference with Bryan Webb regarding depositions; Telephone conference with client regarding depositions; Select additional exhibits for depositions and discuss strategy with EMA | 290.00 | 3.50 | 1,015.00 |
| | EMA | Discuss upcoming depositions with WJA and opposing counsel. | 245.00 | 0.60 | 147.00 |
| 06/12/07 | WJA | Travel to Athens, GA for depositions (1/2 Travel Rate). | 145.00 | 1.50 | 217.50 |
| | WJA | Prepare for and conduct 30(b)(6) deposition | 290.00 | 2.50 | 725.00 |
| | WJA | Meet with client and EMA; Detailed review of exhibits and prepare for depositions. | 290.00 | 4.00 | 1,160.00 |
| | WJA | Meet with EMA and prepare for upcoming depositions of Leiter; Hedgelon and Humphries | 290.00 | 1.00 | 290.00 |
| | EMA | File review and research in preparation for Defendants witness depositions; Research failure to investigate defense. | 245.00 | 10.50 | 2,572.50 |
| 06/13/07 | WJA | Participate in depositions of Karen Hedgelon and E. Humphries; Review and organize UGA Police Dept file and discuss various matters with opposing counsel | 290.00 | 9.50 | 2,755.00 |
| | WJA | Prepare for deposition of Detective Walls | 290.00 | 2.00 | 580.00 |
| | EMA | Take and attend defendant witness's depositions. | 245.00 | 8.00 | 1,960.00 |
| | EMA | Travel to and from Athens. (1/2 Travel Rate). | 122.50 | 3.00 | 367.50 |
| 06/14/07 | WJA | Prepare for and conduct Deposition of Detective Walls | 290.00 | 10.50 | 3,045.00 |
| | WJA | Prepare for deposition of Karen Shetterley | 290.00 | 1.00 | 290.00 |
| | EMA | Telephone conference with various witnesses; Research out of district subpoena preparation; Organize subpoena preparation. | 245.00 | 2.50 | 612.50 |
| 06/15/07 | WJA | Prepare for and conduct deposition of Karen Shetterley | 290.00 | 9.50 | 2,755.00 |
| | WJA | Travel back from depositions in Athens, GA (1/2 Travel Rate). | 145.00 | 1.50 | 217.50 |
| | EMA | Travel to and from Athens (1/2 Travel Rate).. | 122.50 | 3.00 | 367.50 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | EMA | Attend deposition; telephone conference with clients regarding same. | 245.00 | 6.40 | 1,568.00 |
| 06/17/07 | WJA | Telephone conference with client regarding follow-up on depositions, etc. | 290.00 | 0.10 | 29.00 |
| 06/18/07 | WJA | Telephone conference with Steve Lanier regarding depositions and document review; Telephone conference with Buckners regarding depositions, etc.; Organize exhibits from depositions | 290.00 | 2.00 | 580.00 |
| 06/19/07 | WJA | Meet with EMA regarding course of action on discovery | 290.00 | 0.30 | 87.00 |
| | EMA | Discuss status and strategy with WJA. | 245.00 | 0.30 | 73.50 |
| 06/22/07 | WJA | Follow up with EMA regarding document review and witness interviews | 290.00 | 0.30 | 87.00 |
| 06/26/07 | WJA | Coordinate scheduling of final deposition, document review, etc/ with Bryan Webb and EMA, etc. | 290.00 | 0.50 | 145.00 |
| 06/27/07 | WJA | Continue work in finalizing discovery; Exchange e-mails with clients, Bryan Webb, etc. | 290.00 | 1.00 | 290.00 |
| | EMA | Telephone conference with witness; Email opposing counsel regarding document review. | 245.00 | 0.30 | 73.50 |
| 06/28/07 | WJA | Telephone conference with Buckners regarding status of discovery, Summary Judgment, etc.; Telephone conference with EMA regarding scheduling of Dellinger, document review, etc.; Follow up with AGH and EMA regarding scheduling | 290.00 | 0.50 | 145.00 |
| | EMA | Discuss possible new dates for depositions with opposing counsel and WJA. | 245.00 | 0.50 | 122.50 |
| 06/29/07 | WJA | Confirm status of deposition, etc. | 290.00 | 0.20 | 58.00 |
| 07/02/07 | WJA | Telephone conference with Bryan Webb regarding extending discovery, documents, etc.; Draft discovery motion; Telephone conference with clerk of court regarding extending discovery | 290.00 | 1.00 | 290.00 |
| | WJA | Follow up with Brown & Gallo regarding status of depositions | 290.00 | 0.20 | 58.00 |
| 07/03/07 | WJA | Assign tasks regarding completing discovery, depositions, etc. to EMA and AGH | 290.00 | 0.50 | 145.00 |
| 07/13/07 | EMA | Travel to and from Athens (1/2 Travel Rate).. | 122.50 | 3.00 | 367.50 |
| | EMA | Document review; Meeting with opposing counsel. | 245.00 | 6.50 | 1,592.50 |
| 07/24/07 | WJA | Review status of outstanding discovery matters and confirm schedule for last | | | |

Terrie Buckner v. UGA Board of Regents, et al.

| | | Rate | Hours | |
|---|---|---|---|---|
| | deposition | 290.00 | 1.00 | 290.00 |
| 07/25/07 WJA | Prepare for deposition of Eric Dellinger | 290.00 | 1.50 | 435.00 |
| 07/26/07 WJA | Travel to/from deposition of Eric Dellinger in Athens, GA (1/2 Travel Rate). | 145.00 | 3.50 | 507.50 |
| WJA | Prepare for and conduct deposition of Eric Dellinger | 290.00 | 5.50 | 1,595.00 |
| 07/27/07 EMA | Discuss deposition schedule and issues with WJA. | 245.00 | 0.50 | 122.50 |
| 07/30/07 EMA | Conference with WJA regarding "to do" tasks to complete. | 245.00 | 0.50 | 122.50 |
| WJA | Follow up with remaining discovery matters, witness interview, etc. | 290.00 | 1.50 | 435.00 |
| 07/31/07 EMA | Contact witnesses and review interview notes. | 245.00 | 1.20 | 294.00 |
| WJA | Review and respond to Terrie Buckner's e-mail and continue follow up on remaining discovery issues | 290.00 | 0.50 | 145.00 |
| 08/01/07 EMA | Witness interview. | 245.00 | 1.00 | 245.00 |
| WJA | Finalize scheduling of witness meeting; Exchange e-mails with EMA regarding same | 290.00 | 0.50 | 145.00 |
| 08/02/07 EMA | Telephone conference with witness. | 245.00 | 0.70 | 171.50 |
| WJA | Meet with Trudy Friar regarding testimony at trial | 290.00 | 1.20 | 348.00 |
| WJA | Exchange e-mails with client EMA regarding witnesses | 290.00 | 0.60 | 174.00 |
| 08/03/07 EMA | Attend and conduct witness interviews. | 245.00 | 5.00 | 1,225.00 |
| WJA | Travel to/from Gwinnett Center Technical and Adult Education (1/2 Travel Rate). | 145.00 | 1.50 | 217.50 |
| WJA | Conduct interviews with Laura Johns, Sharon Hausmann and Pat Minish | 290.00 | 5.00 | 1,450.00 |
| EMA | Travel to and from Gwinnett. (1/2 Travel Rate). | 122.50 | 1.50 | 183.75 |
| 08/06/07 EMA | Telephone conference with opposing counsel, discussed witness interviews. | 245.00 | 0.50 | 122.50 |
| WJA | E-mail to Terrie Buckner regarding interview of witnesses; Telephone conference with Bryan Webb regarding evidence, mediation and summary judgment | 290.00 | 1.00 | 290.00 |
| 08/07/07 WJA | Follow up on e-mail from Bryan Webb regarding Request to Admit | 290.00 | 0.20 | 58.00 |
| 08/20/07 EMA | File review; Draft Laura Johns' affidavit. | 245.00 | 4.00 | 980.00 |
| 08/23/07 EMA | Discuss Laura Johns' affidavit with WJA. | 245.00 | 0.80 | 196.00 |
| 08/27/07 EMA | Meet with WJA, review and discuss Johns' affidavit; Edit Johns' affidavit; contact Hausmann and Martin regarding affidavit and | | | |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | documents. | 245.00 | 2.50 | 612.50 |
| 08/28/07 | WJA | Review and discuss Laura Johns' affidavit with EMA | 290.00 | 0.30 | 87.00 |
| | EMA | Telephone conference with and emails to witnesses. | 245.00 | 0.50 | 122.50 |
| 08/29/07 | EMA | Email witness affidavits; Review and edit affidavits. | 245.00 | 1.00 | 245.00 |
| | WJA | Review and revise Affidavit of Laura Johns | 290.00 | 0.30 | 87.00 |
| 08/30/07 | EMA | Send Johns' affidavit to witness. | 245.00 | 0.20 | 49.00 |
| 09/06/07 | WJA | Exchange e-mails with opposing counsel regarding extension for Summary Judgment response, etc; Follow up with EMA on status of Affidavits, etc | 290.00 | 0.50 | 145.00 |
| 09/07/07 | WJA | Exchange e-mails and discuss with EMA regarding meeting with Pat Minish | 290.00 | 0.30 | 87.00 |
| 09/11/07 | EMA | Review documents at GAYC. | 245.00 | 1.20 | 294.00 |
| 09/26/07 | WJA | Exchange e-mails with Bryan Webb regarding additional pages for Summary Judgment brief | 290.00 | 0.20 | 58.00 |
| 10/03/07 | EMA | Discuss Motion for Summary Judgment strategy with WJA; Telephone conference with opposing counsel regarding extension for response. | 245.00 | 0.70 | 171.50 |
| 10/09/07 | WJA | Meet with EMA and assign tasks for completing Motion for Summary Judgment | 290.00 | 0.50 | 145.00 |
| 10/11/07 | WJA | Meet with EMA to confirm plans for Motion for Summary Judgment; E-mail to Jerry Buckner regarding conference on same | 290.00 | 0.50 | 145.00 |
| 11/16/07 | EMA | Draft motion for extension of time. | 245.00 | 0.30 | 73.50 |
| 11/19/07 | EMA | Document review; Discuss response to Motion for Summary Judgment with client and WJA. | 245.00 | 1.20 | 294.00 |
| 11/20/07 | EMA | Brainstorm Motion for Summary Judgment response with WJA; review documents and read Shetterley deposition. | 245.00 | 4.00 | 980.00 |
| 11/26/07 | EMA | Read through depositions for response to Motion for Summary Judgment. | 245.00 | 5.00 | 1,225.00 |
| | WJA | Research legal issues in preparation for response to Motion for Summary Judgment. | 290.00 | 2.00 | 580.00 |
| 11/27/07 | EMA | Finalize reading depositions; Review of exhibits. | 245.00 | 4.70 | 1,151.50 |
| | WJA | Research legal issues in preparation for response to Motion for Summary Judgment. | 290.00 | 2.50 | 725.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/28/07 | WJA | Draft brief in opposition to Motion for Summary Judgment. | 290.00 | 5.50 | 1,595.00 |
| | EMA | Draft fact section of Motion for Summary Judgment response. | 245.00 | 11.00 | 2,695.00 |
| 11/29/07 | WJA | Draft brief in opposition to Motion for Summary Judgment. | 290.00 | 6.50 | 1,885.00 |
| | EMA | Continue drafting Motion for Summary Judgment response. | 245.00 | 7.80 | 1,911.00 |
| 11/30/07 | WJA | Draft brief in opposition to summary judgment. | 290.00 | 4.50 | 1,305.00 |
| | EMA | Continue drafting Motion for Summary Judgment response. | 245.00 | 9.00 | 2,205.00 |
| 12/02/07 | WJA | Draft legal component of Brief in Opposition to Motion for Summary Judgment | 290.00 | 9.30 | 2,697.00 |
| 12/03/07 | EMA | Finish response to Motion for Summary Judgment. | 245.00 | 8.50 | 2,082.50 |
| | WJA | Draft Brief in Opposition to Motion for Summary Judgment | 290.00 | 7.50 | 2,175.00 |
| 12/18/07 | WJA | Review and respond to client e-mails | 290.00 | 0.20 | 58.00 |
| 01/14/08 | WJA | Review and reply to e-mail from Jerry Buckner | 290.00 | 0.10 | 29.00 |
| 01/15/08 | WJA | Review Reply Brief; Email to Jerry Buckner regarding same | 290.00 | 0.50 | 145.00 |
| 04/01/08 | ALP | Telephone conference with Mr. Lanier. | 400.00 | 0.30 | 120.00 |
| 04/02/08 | ALP | Telephone conference with Mr. Lanier: memo to Bill Atkins. | 400.00 | 0.40 | 160.00 |
| | ALP | Miscellaneous telephone conference with Mr. Lanier; review pleadings. | 400.00 | 1.00 | 400.00 |
| | ALP | Review file for client meeting. | 400.00 | 1.00 | 400.00 |
| 04/07/08 | ALP | File review; miscellaneous emails with Bill Atkins. | 400.00 | 1.00 | 400.00 |
| 04/11/08 | EMA | Draft Pre-Trial Motions and discuss same with opposing counsel. | 245.00 | 1.60 | 392.00 |
| 04/14/08 | ALP | Conference call with the Court. | 400.00 | 0.30 | 120.00 |
| 04/23/08 | ALP | Review Judge Land decision in UGA / Pharmacy case. | 400.00 | 0.30 | 120.00 |
| 04/30/08 | ALP | Work on reply brief. | 400.00 | 0.80 | 320.00 |
| 05/01/08 | EMA | Discuss pleadings with ALP, AYC and SW. | 245.00 | 0.50 | 122.50 |
| 05/12/08 | ALP | Draft reply brief on Williamson/official capacity suit/sovereign immunity issues; case law review. | 400.00 | 2.00 | 800.00 |

Terrie Buckner v. UGA Board of Regents, et al.

|            |     |                                                                                                                                                                                  | Rate | Hours |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-------|----------|
| 05/13/08   | ALP | Review recent 11th Circuit qualified immunity claims.                                                                                                                             | 400.00 | 0.40 | 160.00   |
| 06/12/08   | ALP | Review Order.                                                                                                                                                                     | 400.00 | 1.00 | 400.00   |
| 06/16/08   | ALP | Telephone conference with Stephen Lanier regarding Summary Judgment; miscellaneous emails with client and opposing counsel.                                                       | 400.00 | 0.50 | 200.00   |
|            | ALP | Letter to opposing counsel regarding case status / settlement.                                                                                                                   | 400.00 | 0.30 | 120.00   |
| 07/10/08   | EMA | Discuss trial strategy with ALP; Telephone conference with opposing counsel regarding Pretrial Order and various deadlines.                                                       | 245.00 | 0.60 | 147.00   |
| 07/21/08   | EMA | Discuss Pretrial Order with ALP and opposing counsel.                                                                                                                            | 245.00 | 0.50 | 122.50   |
|            | ALP | Conference with Eleanor Attwood regarding pretrial; review court order.                                                                                                          | 400.00 | 0.40 | 160.00   |
| 07/24/08   | ALP | Telephone conference with Bryan Webb; draft letter proposal of settlement; work on pretrial order; work on fact stipulations and jury charges; review pattern charges.           | 400.00 | 2.80 | 1,120.00 |
| 07/25/08   | ALP | Finalize settlement letter; work on pretrial order; letter to Steve Lanier.                                                                                                      | 400.00 | 1.20 | 480.00   |
| 07/29/08   | EMA | Create witness list; document review and flagged trial exhibits; Discuss deadlines with ALP; Draft Motion to Extend the Pre-Trial deadlines.                                     | 245.00 | 6.40 | 1,568.00 |
|            | ALP | Work on proposed order; miscellaneous conferences with Eleanor Attwood; work on settlement letter.                                                                               | 400.00 | 0.80 | 320.00   |
| 07/30/08   | EMA | Draft jury charges; Voir Dire, Verdict form and stipulated facts.                                                                                                                | 245.00 | 5.60 | 1,372.00 |
| 07/31/08   | EMA | Telephone conference with opposing counsel regarding trial exhibits; consult with SKN regarding format for supplying exhibits to opposing counsel; send exhibits and list of witnesses. | 245.00 | 0.50 | 122.50   |
| 08/01/08   | ALP | Work on jury charges.                                                                                                                                                            | 400.00 | 1.00 | 400.00   |
|            | EMA | Telephone conference with opposing counsel regarding fact stipulation.                                                                                                           | 245.00 | 0.30 | 73.50    |
| 08/04/08   | ALP | Review materials form client on job search; work on Pretrial Order; conference with Eleanor Attwood.                                                                              | 400.00 | 1.00 | 400.00   |
|            | EMA | Review mitigation documentation prior to sending to opposing counsel.                                                                                                            | 245.00 | 0.70 | 171.50   |
| 08/06/08   | EMA | Discuss exhibit list with Cleveland; Email correspondence and telephone conferences with                                                                                          |      |       |          |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | opposing counsel; Draft fact statement. | 245.00 | 2.00 | 490.00 |
| 08/07/08 | ALP | Order review; case law cited in Order review; begin jury charges. | 400.00 | 1.00 | 400.00 |
| 08/09/08 | ALP | Work on Pre-Trial Order and jury charges. | 400.00 | 2.00 | 800.00 |
| 08/11/08 | ALP | Prepare voir dire; jury instructions; revise document list; prepare jury verdict; letter to opposing counsel; legal research; document review (exhibits). | 400.00 | 9.00 | 3,600.00 |
| 08/12/08 | ALP | Work on voir dire; fact stipulations; jury instructions; Pretrial Order. | 400.00 | 5.30 | 2,120.00 |
| 08/13/08 | JER | Reviewed file in preparation of writing research memos | 225.00 | 1.00 | 225.00 |
| | ALP | Memo to James Radford regarding damages research. | 400.00 | 0.40 | 160.00 |
| | ALP | Work on trial plan; memo to associates regarding assignments. | 400.00 | 1.00 | 400.00 |
| | ALP | Review Pretrial Order from Bryan Webb. | 400.00 | 0.30 | 120.00 |
| 08/14/08 | JER | Research issues related to immunity; reviewing file; research issues related to false arrest and malicious prosecution | 225.00 | 5.00 | 1,125.00 |
| 08/15/08 | JER | Researched elements of malicious prosecution claim; 1988 and damages for attorney fees | 225.00 | 7.00 | 1,575.00 |
| | ALP | Deposition review and witness exam preparation. | 400.00 | 2.50 | 1,000.00 |
| 08/16/08 | ALP | Deposition review and pretrial preparation. | 400.00 | 2.00 | 800.00 |
| 08/18/08 | JER | Research and preparation of issues related to malicious prosecution and appropriate measure of damages | 225.00 | 7.00 | 1,575.00 |
| 08/19/08 | JER | Writing memo regarding malicious prosecution and damages | 225.00 | 4.50 | 1,012.50 |
| | ALP | Prepare for and attend pretrial conference. | 400.00 | 1.50 | 600.00 |
| | ALP | Conference call with Bryan Webb regarding settlement. | 400.00 | 1.00 | 400.00 |
| | ALP | Travel to and from Columbus for pretial conference. (1/2 Travel Rate). | 200.00 | 2.00 | 400.00 |
| 08/20/08 | ALP | Letter to client regarding pretrial conference. | 400.00 | 0.30 | 120.00 |
| | ALP | Letter to opposing counsel regarding economic damages; various trial preparation issues. | 400.00 | 0.40 | 160.00 |
| 08/22/08 | ALP | Continue deposition review. | 400.00 | 2.00 | 800.00 |
| 08/28/08 | ALP | Miscellaneous emails with Jerry Buckner. | 400.00 | 0.20 | 80.00 |
| 09/02/08 | EMA | Draft preparation memo and first draft of damages slides. | 245.00 | 3.80 | 931.00 |

Page: 14
Terrie and Gerald M. Buckner
October 28, 2008
Client No. 3675-063675H
Statement No.        157002

Terrie Buckner v. UGA Board of Regents, et al.

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | ALP | Conference with Eleanor Attwood regarding joint exhibits; trial preparation. | 400.00 | 0.30 | 120.00 |
| 09/04/08 | ALP | Work on trial prep (joint exhibit review) and exhibits | 400.00 | 0.40 | 160.00 |
| 09/10/08 | EMA | Create witness examination; organize computer file for trial. | 245.00 | 6.00 | 1,470.00 |
| | ALP | Conference with Eleanor Attwood regarding trial. | 400.00 | 0.40 | 160.00 |
| 09/11/08 | EMA | Prepare and create witness examination for Plaintiff. | 245.00 | 8.00 | 1,960.00 |
| | ALP | Telephone conference with Steve Lanier regarding trial preparations; conference with Eleanor Attwood regarding pretrial preparations | 400.00 | 1.20 | 480.00 |
| 09/12/08 | EMA | Prepare for Shetterley cross examination. | 245.00 | 7.50 | 1,837.50 |
| | ALP | Trial Preparation witness exhibits | 400.00 | 1.80 | 720.00 |
| | BAC | Create Deposition summaries. | 90.00 | 3.00 | 270.00 |
| | WSC | Create Deposition summaries. | 90.00 | 2.50 | 225.00 |
| 09/13/08 | ALP | Work on witness examination and trial preparation | 400.00 | 3.80 | 1,520.00 |
| 09/15/08 | EMA | Prepare for Dellinger examination. | 245.00 | 3.30 | 808.50 |
| | BAC | Trial preparation. | 90.00 | 5.00 | 450.00 |
| | WSC | Create deposition summaries. | 90.00 | 3.00 | 270.00 |
| 09/16/08 | EMA | Finish Walls and Dellinger cross exam outlines. | 245.00 | 7.20 | 1,764.00 |
| | ALP | Conference with EMA trial preparation | 400.00 | 0.30 | 120.00 |
| | ALP | Document review to finalize exhibit list. | 400.00 | 0.40 | 160.00 |
| | BAC | Trial preparation. | 90.00 | 5.00 | 450.00 |
| | WSC | Create deposition summaries. | 90.00 | 5.00 | 450.00 |
| 09/17/08 | EMA | Prepare examinations for witnesses. | 245.00 | 7.80 | 1,911.00 |
| | ALP | Continue review and revision of witness outlines ( Dellinger/ Walls) | 400.00 | 1.50 | 600.00 |
| | BAC | Trial preparation. | 90.00 | 4.00 | 360.00 |
| | WSC | Deposition summary. | 90.00 | 3.50 | 315.00 |
| 09/18/08 | EMA | Prepare for witness exams; Create PowerPoint slideshow. | 245.00 | 8.20 | 2,009.00 |
| | ALP | Conference with EMA regarding trial | 400.00 | 0.40 | 160.00 |
| | ALP | Miscellaneous emails to Bryan Webb. | 400.00 | 0.40 | 160.00 |
| | WSC | Create deposition summaries. | 90.00 | 6.50 | 585.00 |
| 09/19/08 | EMA | Set up client meeting; Telephone conference with co-counsel regarding witnesses; Email opposing counsel regarding addresses for witnesses. | 245.00 | 1.20 | 294.00 |
| | ALP | Work on trial preparation. | 400.00 | 1.50 | 600.00 |
| | BAC | Trial preparation | 90.00 | 7.00 | 630.00 |
| | WSC | Create deposition summaries. | 90.00 | 4.50 | 405.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 09/22/08 | EMA | Review depositions; Contact witnesses; Contact Judge Land's clerk and deputy in charge of Athens Court regarding jury list; telephone conference with opposing counsel regarding documents. | 245.00 | 3.00 | 735.00 |
|  | ALP | Draft trial memorandum. | 400.00 | 10.00 | 4,000.00 |
|  | ALP | Work on Closing Argument. | 400.00 | 3.00 | 1,200.00 |
|  | WSC | Create deposition summaries. | 90.00 | 6.00 | 540.00 |
| 09/23/08 | EMA | Telephone conferences and emails to and from witnesses; Telephone conference with opposing counsel regarding several issues, including exhibits, witnesses and availability, settlement conference. | 245.00 | 3.20 | 784.00 |
|  | ALP | Continue work on trial memorandum. | 400.00 | 6.00 | 2,400.00 |
|  | ALP | Work on additional jury charges. | 400.00 | 0.60 | 240.00 |
|  | ALP | Miscellaneous telephone conferences with Steve Lanier regarding trial preparation. | 400.00 | 0.70 | 280.00 |
|  | ALP | Work on witness statements. | 400.00 | 0.70 | 280.00 |
| 09/24/08 | EMA | E-mails and telephone conferences with client and witnesses; Preparation for trial; Lunch with MK regarding Judge Land. | 245.00 | 1.80 | 441.00 |
|  | ALP | Draft motion to add witness (Lanier). | 400.00 | 0.30 | 120.00 |
|  | ALP | Work on jury charges; work on trial memorandum. | 400.00 | 2.50 | 1,000.00 |
| 09/25/08 | EMA | Prepare witnesses; Edit trial memo; telephone conferences with witnesses; discuss settlement with opposing counsel and ALP. | 245.00 | 6.00 | 1,470.00 |
|  | ALP | Work on trial memorandum and witness exams. | 400.00 | 1.80 | 720.00 |
| 09/26/08 | EMA | Interview witnesses; Met with opposing counsel and reviewed exhibits; Went to courtroom to see electronic hookup and equipment. | 245.00 | 6.00 | 1,470.00 |
|  | EMA | Travel to and from Athens (1/2 Travel Rate). | 122.50 | 3.00 | 367.50 |
|  | WSC | Create deposition summaries. | 90.00 | 2.50 | 225.00 |
| 09/27/08 | ALP | Continue to work on trial memorandum, argument and witness exams. | 400.00 | 6.00 | 2,400.00 |
| 09/28/08 | EMA | Create trial strategy and read through Schramski deposition. | 245.00 | 8.00 | 1,960.00 |
|  | ALP | Client conference regarding witness preparation. | 400.00 | 3.50 | 1,400.00 |
|  | ALP | Work on trial memorandum | 400.00 | 2.00 | 800.00 |
| 09/29/08 | JER | Research and draft memo regarding striking employee - jurors for cause | 225.00 | 2.00 | 450.00 |
|  | EMA | Compile Plaintiff and Joint Exhibits; Travel to and from Sugar Hill; Interview Laura Jones. | 245.00 | 9.20 | 2,254.00 |
|  | ALP | Work on exhibits. | 400.00 | 1.50 | 600.00 |
|  | ALP | Work on witness preparation. | 400.00 | 1.50 | 600.00 |
|  | BAC | Trial preparation. | 90.00 | 7.00 | 630.00 |
|  | WSC | Trial preprepartion. | 90.00 | 7.00 | 630.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| 09/30/08 | EMA | Finalize exhibits; Create examination strategy; Create task list. | | 245.00 | 10.50 | 2,572.50 |
| | JER | Researching juror strike issues | | 225.00 | 0.50 | 112.50 |
| | ALP | Prepare complete jury charge and draft motion for submission to the Court. | | 400.00 | 2.30 | 920.00 |
| | ALP | Review witness statements from criminal case and work on witness exams. | | 400.00 | 2.70 | 1,080.00 |
| | ALP | Conference with Eleanor Attwood regarding documents; joint exhibits, plaintiff's exhibits. | | 400.00 | 1.50 | 600.00 |
| | ALP | Continue witness exam preparation:  Lanier (including letter); Friar and Brookover. | | 400.00 | 3.00 | 1,200.00 |
| | BAC | Trial Preparation | | 90.00 | 7.00 | 630.00 |
| | WSC | Trial preparation. | | 90.00 | 7.00 | 630.00 |
| 10/01/08 | WSC | Trial preparation. | | 90.00 | 7.00 | 630.00 |
| | EMA | Interview witnesses; create cross examination outlines | | 245.00 | 9.00 | 2,205.00 |
| | ALP | Continue preparation for trial; Draft Motion to Amend Pretrial Order regarding jury charges; Finalize revised jury charges; Work on various witness examinations. | | 400.00 | 10.00 | 4,000.00 |
| 10/02/08 | WSC | Trial preparation. | | 90.00 | 7.50 | 675.00 |
| | WSC | Trial preparation. | | 90.00 | 7.50 | 675.00 |
| | EMA | Interview witnesses; Work on witness examination outlines. | | 245.00 | 9.00 | 2,205.00 |
| | ALP | Work on opening. | | 400.00 | 4.00 | 1,600.00 |
| | ALP | Work on closing. | | 400.00 | 1.50 | 600.00 |
| | ALP | Work on witness exams. | | 400.00 | 2.50 | 1,000.00 |
| | ALP | Work on voir dire; Review juror lists; Telephone conference with Tolley. | | 400.00 | 1.80 | 720.00 |
| 10/03/08 | EMA | Review and edit witness exams; Confirm orderly exhibits; Review electronic devises. | | 245.00 | 8.00 | 1,960.00 |
| | ALP | Trial preparation; Witness preparation (Lanier, Mr. and Mrs. Buckner); Prepare motion to amend Pretrial Order regarding voir dire, verdict form and exhibit lists; work on opening and PowerPoint. | | 400.00 | 11.00 | 4,400.00 |
| 10/04/08 | EMA | Prepare witness exam notebooks; Finish Walls' cross exam outline | | 245.00 | 6.00 | 1,470.00 |
| | ALP | Witness meetings; trial preparation. | | 400.00 | 11.00 | 4,400.00 |
| 10/05/08 | EMA | Prepare clients; Pack materials and supplies. | | 245.00 | 8.00 | 1,960.00 |
| | EMA | Travel to Athens (1/2 Travel Rate). | | 122.50 | 1.50 | 183.75 |
| | ALP | Trial preparation. | | 400.00 | 8.00 | 3,200.00 |
| | ALP | Travel to Athens (1/2 Travel Rate). | | 200.00 | 2.00 | 400.00 |
| 10/06/08 | EMA | Prepare for and attend trial. | | 245.00 | 8.50 | 2,082.50 |
| | ALP | Attend Trial. | | 425.00 | 8.50 | 3,612.50 |
| | ALP | Trial preparation. | | 400.00 | 4.00 | 1,600.00 |
| 10/07/08 | EMA | Attemd Trial. | | 245.00 | 7.00 | 1,715.00 |
| | EMA | Trial preparation. | | 245.00 | 4.50 | 1,102.50 |
| | ALP | Attend Trial. | | 425.00 | 7.00 | 2,975.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | ALP | Trial preparation. | 400.00 | 5.00 | 2,000.00 |
| 10/08/08 | EMA | Attend Trial. | 245.00 | 7.00 | 1,715.00 |
|  | EMA | Trial preparation. | 245.00 | 1.00 | 245.00 |
|  | ALP | Attend Trial. | 425.00 | 7.00 | 2,975.00 |
|  | ALP | Trial preparation. | 400.00 | 1.00 | 400.00 |
| 10/09/08 | EMA | Attend trial, receive verdict; Conference with clients regarding appeal. | 245.00 | 3.00 | 735.00 |
|  | EMA | Travel from Athens (1/2 Travel Rate). | 122.50 | 2.00 | 245.00 |
|  | ALP | Attend trial, receive verdict; Conference with clients regarding appeal. | 400.00 | 3.00 | 1,200.00 |
|  | ALP | Travel from Athens (1/2 Travel Rate). | 200.00 | 2.00 | 400.00 |
|  | AYC | Drafted press release | 290.00 | 1.00 | 290.00 |
| 10/13/08 | EMA | Email client regarding Shetterley photo; Email opposing counsel regarding insurance policy; Deconstruct trial materials. | 245.00 | 1.70 | 416.50 |
|  | ALP | Continue work on fee petition; draft affidavit; telephone conference with Steve Lanier regarding fee application. | 400.00 | 1.90 | 760.00 |
| 10/14/08 | EMA | Finish first draft of fee petition; Draft thank you notes to witnesses; call Court reporter regarding transcript. | 245.00 | 5.30 | 1,298.50 |
|  | ALP | Continue work on fee petition/affidavits; letter to clients regarding post judgment process. | 400.00 | 1.60 | 640.00 |
|  | ALP | Telephone conference with opposing counsel regarding fee issue / possible settlement. | 400.00 | 0.30 | 120.00 |
| 10/15/08 | EMA | Retrieve affidavits for fee petition; Email opposing counsel regarding insurance policies. | 245.00 | 0.50 | 122.50 |
| 10/16/08 | EMA | Telephone conference with client regarding television interview. | 245.00 | 0.30 | 73.50 |
|  | ALP | Two telephone conferences with clients regarding status. | 400.00 | 0.20 | 80.00 |
| 10/17/08 | EMA | Locate and review photographs for Richard Belcher. | 245.00 | 0.50 | 122.50 |
| 10/20/08 | EMA | Finish fee petition and supporting materials. | 245.00 | 4.00 | 980.00 |
| 10/22/08 | EMA | Draft Motion for Extension; call clerk's office regarding same. | 245.00 | 0.70 | 171.50 |
|  | ALP | Work on fee petition; Miscellaneous telephone conferences with Steve Lanier; conference with Eleanor Attwood. | 400.00 | 0.80 | 320.00 |
|  |  | For Current Services Rendered |  | 930.20 |  |
|  |  |  |  |  | 246,388.00 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| A. Lee Parks, Jr. | 6.00 | $200.00 | $1,200.00 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

| | | | |
|---|---|---|---|
| A. Lee Parks, Jr. | 175.00 | 400.00 | 70,000.00 |
| A. Lee Parks, Jr. | 22.50 | 425.00 | 9,562.50 |
| William J. Atkins | 14.00 | 145.00 | 2,030.00 |
| William J. Atkins | 205.10 | 290.00 | 59,479.00 |
| Andrew Y. Coffman | 1.00 | 290.00 | 290.00 |
| Eleanor M. Attwood | 20.00 | 122.50 | 2,450.00 |
| Eleanor M. Attwood | 347.70 | 245.00 | 85,186.50 |
| Jacqueline J. Davis | 4.40 | 100.00 | 440.00 |
| William S. Cleveland | 69.50 | 90.00 | 6,255.00 |
| Benjamin A. Clary | 38.00 | 90.00 | 3,420.00 |
| James E. Radford, Jr. | 27.00 | 225.00 | 6,075.00 |

### Expenses

| | |
|---|---|
| Photocopies at 20 cents per page | 816.20 |
| Postage | 83.89 |
| Facsimile Charges | 83.00 |
| Total Expenses Thru 10/28/08 | 983.09 |

### Advances

| | | |
|---|---|---|
| 05/31/06 | Outside Reproduction Costs/GA Superior Court Admin costs | 5.00 |
| 07/06/06 | Miscellaneous Client Costs /Intelius Investigative Reports | 79.60 |
| 09/08/06 | Filing & Service Fees Clerk, United States District Court | 350.00 |
| 09/21/06 | Process Service Crqwford, Shaney & Rasco, Inc. | 300.00 |
| 04/12/07 | Outside Reproduction Costs Department of Law- State of GA | 410.25 |
| 04/26/07 | Courier & Delivery Service - Federal Express | 13.55 |
| 05/01/07 | Courier & Delivery Service - Georgia Messenger Service | 10.95 |
| 05/02/07 | Courier & Delivery Service - Georgia Messenger Service | 15.99 |
| 05/30/07 | Court Reporter - Brown & Gallo, Inc | 611.61 |
| 05/30/07 | Court Reporter - Brown & Gallo | 160.95 |
| 06/18/07 | Travel Expenses/ William J. Atkins | 207.56 |
| 06/20/07 | Mileage & Parking Expense Eleanor Attwood | 142.80 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 1,157.45 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 1,047.50 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 366.20 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 577.65 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 1,800.00 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 1,989.45 |
| 07/24/07 | Court Reporter - Brown & Gallo, Inc | 1,589.00 |
| 08/27/07 | Mileage Expense Eleanor Attwood | 47.60 |
| 09/04/07 | Court Reporter - Brown & Gallo, Inc | 1,434.95 |
| 09/22/08 | Witness Fee Expense and Mileage/ Karen Hedgelon | 53.00 |
| 09/23/08 | Witness Fee Expense/mileage- Carla Rogg | 82.12 |
| 09/23/08 | Witness Fee/Mileage Expense Sharen Hausmann | 82.71 |
| 09/23/08 | Witness Fee/Mileage Expense -Pat Minish | 77.44 |
| 09/23/08 | Witness Fee/Mileage Expense-Tamara Brookover | 75.10 |
| 09/24/08 | Witness Fee/Mileage- Expense Laura Johns | 70.42 |
| 09/24/08 | Witness Fee Expense - Trudy Friar | 49.95 |
| 10/01/08 | Witness Fee /mileage/Expense Trudy Friar | 58.14 |
| 10/10/08 | Travel/trial - Meals | 215.00 |
| 10/10/08 | Travel/trial - Hotel | 1,314.55 |
| 10/23/08 | Travel Expense/mileage/Eleanor Attwood | 111.18 |
| | Total Advances | 14,507.67 |

Terrie and Gerald M. Buckner

Terrie Buckner v. UGA Board of Regents, et al.

Total Current Work                                             261,878.76

## Payments

04/15/08    Payment - Thank you   (received from Lanier Firm)            -6,208.50


Balance Due                                                  $255,670.26


### Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|------|----------|----------|----------------|----------|
| 246,388.00 | 983.09 | 14,507.67 | 0.00 | 6,208.50 |